1       what a non-passive failure is.

2    Q.  Okay.  And in the rare circumstance that an

3        HID lamp has a non-passive failure, can you

4        tell me what the size of the debris field

5        is?

6    A.  I mean, it would be limited by the geometry

7        of the fixture and the location of the lamp

8        within the fixture and the particles will

9        drop down, mostly down.  If your question

10       asks for specific distances and such, I

11       haven't attempted to quantify those.

12   Q.  Yes, that was exactly what I was asking

13       for.  Specific size of a debris field that a

14       750 watt Metal Halide GE explodes or has a

15       non-passive failure.

16   A.  I would say, as a mechanical engineer, I

17       would expect those particles to be below or

18       in the vicinity of an area below the

19       fixture, but I don't know what the diameter

20       of that area would be.

21   Q.  In order to determine the size of the debris

22       field, do you need to know the shape of the

23       fixture itself?

24   A.  To some extent, yes.

25   Q.  And do you need to know how far down the

1       lamp itself hangs into what I'll call the

2       cone of the fixture?

3    A.  Yes.

4    Q.  And do you need to know how far above

5       something the lamp is located?

6    A.  I mean, I'd say yes.  There are a number of

7       other considerations.  Like, for example,

8       the manner in which the tube shatters and

9       the direction of motion of the individual

10      particles which we know from photographs

11      that have been taken suggest that the

12      direction is largely radial.  So if you

13      think of the radial direction of an arc

14      tube, it is in the direction perpendicular

15      to the main access, and photographs taken by

16      Rhiner and others indicate that the

17      particles go in a radial manner, probably

18      come into contact with the fixture itself,

19      and then drop down more or less vertically,

20      I would expect.

21   Q.  In paragraph number 11, you say that,

22      "There are applications where the risks

23      posed by the small chance of hot particles

24      being emitted can be acceptable."  What do

25      you mean by the term "emitted"?

1  A.  Being released from a lamp during a

2      non-passive failure.

3  Q.  So you're talking about the lamp explodes

4      and then hot particles are projectiling

5      outward or projectiling downward or both?

6  A.  Well, I've already described to you what I

7      think would happen, all right?  What I mean

8      by "emitted" is particles being released by

9      the lamp in the context of a non-passive

10     failure.  Then the geometry of exactly where

11     they go is what we've talked about in the

12     context of the last question you asked.  I

13     think I already answered that.

14 Q.  I'm trying to understand the word

15     "emitted."  When the arc tube explodes,

16     there's gases within the arc tube; right?

17 A.  Yes.

18 Q.  What happens to those gases?

19 A.  Those are vented during the process of the

20     particles coming apart.

21 Q.  The lamp itself?

22 A.  Well, let's talk about the arc tube,

23     specifically.  What happens is that there is

24     an initial failure location within the arc

25     tube that initiates the propagation of a

1    crack.  The propogation of that crack causes

2    the particles to come loose from one

3    another.  So essentially, at that stage, the

4    arc tube is losing its structural

5    integrity.  In parallel with the crack

6    propagating, the crack pressure pushes the

7    particles outward and -- but at the same

8    time, the gap that is formed between the

9    particles is vented out in a harmless way

10   between the particles as they're moving

11   radially, and that's what I mean by

12   "emitted."

13   Q.  That's the particles are moving radially, as

14   opposed to the gas, what you just said?

15   A.  Your question was regarding the first

16   sentence of paragraph 11.

17   Q.  When you said that -- I just want to

18   clarify -- when you said "radially" was

19   referring to the way the particles were

20   moving, not the gas was moving?

21   A.  I would expect both to be moving radially,

22   but keep in mind that the particles come

23   into contact with the reflector of the

24   fixture.  So initially, they move radially,

25   as the recovered lamp indicates, but the

1      reflector of the fixture actually comes into

2      contact with the particles, but also, the

3      gas, and then essentially rain downward.

4  Q.  The particles?

5  A.  The particles.

6  Q.  Does the gas rain down?

7  A.  It would be directed and deflected also in

8      a, let's say, substantially downward

9      direction because the enclosure of a fixture

10     is typically constrained in an upward

11     direction.

12         MR. CAMPBELL:  It's one o'clock.

13     In order to get anything to eat, given the

14     weather and the like, there's a place

15     downstairs.  I know it closes at 1:30.  If

16     we need to get lunch, and I'm sure that we

17     do, we should probably break.

18         (Discussion off the record.)

19         (Lunch recess.)

20  Q.  (Cont'd. By Mr. Stern)  Welcome back.

21     Getting back to paragraph 11, where we left

22     off, the hot particles that are going to be

23     emitted, how fast will they be traveling?

24  A.  I don't know a specific speed.

25  Q.  Have you done any calculations to determine

1      speed for the hot particles that could be

2      emitted upon the non-passive failure of a

3      750 watt Metal Halide lamp?

4   A. No.

5   Q. And you mentioned that there are examples of

6      such applications, including environments,

7      that do not pose a risk of fire.  Is a

8      warehouse one of those examples?

9   A. Yes.

10  Q. Okay, and was the lamp at issue an S-rated

11     lamp?

12  A. That is my understanding, yes.

13  Q. At paragraph number 12, you state that, "The

14     risks associated with S-rated HID lamps are

15     substantially under the control of the

16     user."  Are they also under the control of

17     anyone else?

18  A. The primary responsibility is with the owner

19     and operator of the facility.

20  Q. Is that the same as a user?

21  A. Yes.  So typically, in this particular case,

22     Metso would be the owner, operator of their

23     warehouse and they used S-rated HID lamps.

24  Q. So would the owner of this building be

25     substantially -- it would be substantially

1        under the control of the owner of this

2        building for the lamps that a tenant puts

3        in?

4    A.  I didn't understand the question.

5    Q.  You said something that I don't read in your

6        report here just now, and you said that

7        owners, operators and users would be

8        substantially under control, but this only

9        says "user."  So you've thrown in owners and

10       operators, and what I'm trying to determine,

11       if in fact what you really meant to say was

12       "user," as you state in your report, or

13       this word "user" is something more than a

14       user.

15   A.  It is "user."  I stated in the report --

16       under certain circumstances, the user is

17       also the owner.

18   Q.  And back to the question I asked.  Is there

19       anyone else whose control the risk

20       associated with S HID lamps can be under?

21   A.  As we know in this case, we had Andrew

22       Kuzmick, who specified the lighting that

23       Metso chose and also specified the fixtures

24       that were used, and so to a lesser extent,

25       some influence existed through Andrew

```
 1        Kuzmick, through Friedman, through, let's
 2        say, Hubbell, but the primary and
 3        substantial control is with the user.
 4   Q.   Okay, I'm with you, and I think you've now
 5        said that probably three times, but that's
 6        not what I care about right now.  That's not
 7        the question I am asking.  You chose the
 8        word "substantially," and "substantially"
 9        isn't the word "totally," which means
10        there's others which this control is also
11        under.
12   A.   Yes.
13   Q.   Now, you've also told us about a seller;
14        right?  Andy Kuzmick?
15   A.   Yes.
16   Q.   Anyone else?  We've got the user, we've got
17        the seller.  Anyone else or is that now the
18        total universe?
19   A.   There are people that will make
20        recommendations in the process, as we know
21        here, and the decision is ultimately made by
22        Metso, and so the entities that I've
23        mentioned are those who participate in the
24        process about which Metso makes a decision,
25        and so all others that would participate in
```

1   that process in some manner would probably

2   be included.  I haven't attempted to create

3   such a list, but Metso makes the decision.

4   Q.  We're going to be here a long time.  I can

5   see it already.  So let's go back to the

6   question and the point that we're trying to

7   discuss here, which is in your paragraph 12,

8   and your paragraph 12 here does not mention

9   Metso anywhere; does it?

10  A.  It talks about the user.  The word "user" --

11  sorry.

12  Q.  My question, is Metso mentioned in this

13  paragraph 12?

14  A.  So the paragraph 12 does not mention the

15  word "Metso."

16  Q.  And was paragraph number 12 written to talk

17  in a general sense, each of those two

18  sentences, or are they specific for Metso

19  and Metso only?

20  A.  This sentence is a general sentence.

21  Q.  Okay.  So now, back to what I asked before.

22  You used the word "substantially under the

23  control of the user."  "Substantially" is

24  not "totally."  So I want to know the total

25  universe of everyone who falls within this

1    sentence or should fall within this

2    sentence.  So you've got the user.  You've

3    also told us about the seller.  Anyone

4    else?

5  A.  I've also already mentioned the lamp

6    manufacturer.

7  Q.  I'm sorry.  I never heard that.

8  A.  I did mention it.  Hubbell.  That's what I

9    mentioned earlier.  Let's stick to general,

10    because the context of paragraph 12 is

11    general.

12  Q.  I thought Hubbell was a fixture

13    manufacturer.

14          MR. CAMPBELL:  He needs to be able

15    to finish his answers.  Were you done with

16    whatever you were saying?

17          THE WITNESS:  Yes, for now.

18  Q.  Wasn't Hubbell the fixture manufacturer?

19  A.  Yes.  So I had mentioned Hubbell as the

20    fixture manufacturer earlier, and so more

21    generally speaking, in answer to your

22    question, there are many entities that

23    play a very minor role in the

24    decision-making.  The user has the deciding

25    role --

1   Q.   Substantial?

2   A.   Substantial or deciding.  That's what I mean

3        by "substantial."  The other factors that

4        come into play would have to be --

5   Q.   I don't think that answers my question,

6        though; does it?

7   A.   I haven't finished.

8             MR. CAMPBELL:  Let him finish and

9        then --

10  Q.   All I asked are the players, not the

11       factors.  That's my question.

12            MR. STERN:  I'm not going to have

13       him answering something that wasn't asked.

14            MR. CAMPBELL:  Then you're going to

15       have to come over and put your hand over his

16       mouth.

17            MR. STERN:  Of course, I wouldn't

18       do that.  Please.

19            MR. CAMPBELL:  Finish your answer

20       and then put another question.

21  A.   So you want factors?

22  Q.   No, I don't want factors.

23  A.   You want players?

24  Q.   Players.  That's it.  That's all that that

25       sentence talks about.  It doesn't talk about

1        factors.  It talks about players.

2   A.   Right.  Now, I mean factors and players

3        interchangeably.  So in this particular

4        question, those players are factors.  Okay?

5        So other -- I lost my train of thought

6        here.  You want factors?

7   Q.   No.  Players.  Your sentence talks about

8        players.  It talks about the user being

9        "substantially."  That means there's other

10       players.  If it was just the user, it would

11       be only the user; right?

12   A.   Question number 12 says nothing about

13       players and that's why I wasn't sure what

14       you wanted.  So you want players and the

15       players are the people that provide a

16       proposal and the players that are the

17       subject of the proposal, so which would be

18       in this particular case the fixtures that

19       are proposed, the ballasts that are part of

20       the package, the lamps and any other

21       consideration that might come into play in

22       the process of the user reviewing and then

23       ultimately accepting a proposal that is put

24       together by the proposer.

25   Q.   That's what you meant by that first

1       sentence?

2   A.  No, no.

3               MR. CAMPBELL:  No, no.  That's not

4       what you asked him.  You asked him to

5       expound on that.

6               MR. STERN:  No.  I asked him --

7   Q.  You used the word "substantially under the

8       control of the user."  "Substantially" is

9       not "totally."  That means there has to be

10      others.  Who are the others?

11              MR. CAMPBELL:  He just told you

12      that.

13              MR. STERN:  Well, he said the lamp

14      and the packaging.

15              MR. CAMPBELL:  He just told you --

16      he went through a complete list.  You're not

17      listening.

18              MR. STERN:  I think I am.  I

19      haven't heard a list.

20              MR. CAMPBELL:  Yes, you did.

21              MR. STERN:  I've heard factors and

22      factors that a user considers.  That has

23      nothing to do with the question or the first

24      sentence.

25              MR. CAMPBELL:  Actually, what you

```
 1        heard was a list of, to use your term,
 2        players, and you can read it back and
 3        understand it.  That's what he said.  That's
 4        what he told you.  He didn't get into the
 5        things you just said.
 6    Q.  Is the lamp manufacturer -- are the risks
 7        associated with the S-rated HID lamps under
 8        the control of the lamp manufacturer?
 9    A.  No.
10    Q.  Are there any risks associated with GE's
11        MVR 750 that is at issue in this litigation
12        that are under the control of GE?
13    A.  GE manufactures the lamp.  The lamp is
14        placed into a fixture that is then purchased
15        by a user who has a control over those
16        decisions, and if used in accordance with
17        GE's recommendations, which is the influence
18        that GE has in addition to manufacturing the
19        lamp, then the product is safe.
20    Q.  Are there any risks associated with the MVR
21        750 that are under the control of GE?
22    A.  GE has the control of the manufacturing, has
23        control over the product that it makes, and
24        has the control over GE's own understanding
25        of the environment in which it must be
```

1     used.  So GE has an obligation to, on the

2     one hand, make in this case an S-rated

3     lamp.  It also has the obligation to

4     communicate to the users, directly or

5     indirectly, the conditions under which the

6     product must be used.  Those are the

7     obligations that GE has.

8  Q.  Okay.  The next paragraph, number 13, it

9     says, "GE recommends that the lamps not be

10    located over combustible materials and that

11    the lamps be group-replaced prior to the end

12    of their rated life, instead of running each

13    bulb to failure."  What did you mean by

14    "over combustible materials"?

15  A.  Over materials that can be ignited by hot

16    particles.

17  Q.  Can you show me in any of these documents,

18    any of the exhibits, where GE recommends

19    that the lamps not be located over

20    combustible materials?

21  A.  So this is the materials that were provided

22    by Andrew Kuzmick in the initial proposal.

23    So there's a two-page document, in addition

24    to the cost analysis, Litcost analysis, that

25    was provided by Andrew Kuzmick, and this

1    document communicates the fact that the hot

2    quartz can reach temperatures up to 1100

3    degrees C, which I've already stated is an

4    elevated temperature.  So to me, that at

5    least communicates to the user, on the one

6    hand, that the temperature can reach very

7    high temperature and also the fact that this

8    elevated temperature arc tube may

9    unexpectedly rupture due to internal causes

10   or external factors.

11   Q.   Okay.  Thank you.  Switching gears for just

12        a little bit, to go back, before we were

13        talking about rated life.  The rated life is

14        calculated by taking a certain population of

15        a number of lamps, presumeably running them

16        for a certain amount of time, and when 50

17        percent of those lamps are no longer running

18        or burning, that's the point in time that

19        the manufacturer quantifies as the rated

20        life?

21   A.   That's correct.

22   Q.   And for our 750 watt Metal Halide lamp, the

23        rated life was 16,000 hours?

24   A.   That's correct.

25   Q.   So at 16,000 hours, half of the population

1    of tested lamps stopped working?

2  A.  Correct.

3  Q.  Okay, and if I understand -- correct me if

4      I'm wrong -- but if I understand correctly,

5      GE had that test operating lamps on ten-hour

6      cycles?

7  A.  That's correct.

8  Q.  Okay.  So they took the population of lamps,

9      ran them for ten hours.  How long did they

10     have them off before they started running

11     the cycle again?

12 A.  I'm not sure.

13 Q.  So they took a set of lamps, ran them for

14     ten hours, off for we don't know how long,

15     then ran them for another ten-hour cycle,

16     continuous, and at 16,000 hours, 50 percent

17     of those lamps had failed?

18 A.  Yeah.  No longer operated and the other half

19     operated.

20 Q.  No longer operated.  Okay.  For the other

21     half that were still operating, how long

22     until the last lamp stopped operating?

23 A.  I don't know the answer to that question.

24 Q.  Did you see any documentation from GE that

25     showed the full experiment or the full

1      testing of all the 750 watt lamps for rated

2      life and full life span?

3  A.  I have not seen that because I wouldn't

4      expect it to necessarily exist because at 50

5      percent, you've actually arrived at the

6      answer -- the answer to the question that is

7      being asked.

8  Q.  Is there any reason to continue the test to

9      see when the last of the lamps burns out or

10     stops operating?

11  A.  So typically, in this kind of testing, which

12     is particularly unusual at GE, in the sense

13     that they actually test all of the lamps

14     that are ultimately sold, which-- there is a

15     context in which GE is operating with

16     respect to that testing.  Now, relating to

17     the rated life testing, I wouldn't expect

18     them to necessarily perform the test even to

19     the 50 percent mark, which would be in this

20     particular case the 16,000 hour mark.  I

21     don't know for a fact whether they went up

22     to that point or not, but there are

23     statistical means of arriving at that

24     determination without doing the test for the

25     full 16,000 hours.

1   Q.  Have you seen any documentation from GE that

2        indicates whether they ran their -- operated

3        the lamps for the rated life for the full

4        16,000 hours or some time period shorter

5        than 16,000 hours and then you use some

6        formula to calculate up to 16,000 hours?

7   A.  My understanding is that they used a formula

8        that is broadly accepted in the industry to

9        arrive at that determination, but I don't

10       remember specifically what documents are

11       used to come to that determination.

12  Q.  Would the documents be on exhibits 7, 8, or

13       9?

14  A.  They'd be in the body of the materials that

15       I reviewed in this case, yes.

16  Q.  Which are here?

17  A.  Yes.

18  Q.  Okay.  It's not that they're someplace

19       else?

20  A.  No.

21  Q.  Okay.  You mentioned in paragraph 14, last

22       sentence, "The operating life of lamps can

23       vary significantly from its published value

24       depending on its usage and the environment

25       it is used in."  What did you mean by that?

1    A.   This is the last sentence of paragraph 14?

2    Q.   Yes?

3    A.   Yes.  There can be factors such as voltage

4         spikes.  There can be environmental factors

5         related to excessive dirt, for example, or

6         mechanical vibration.  In heavy industrial

7         applications, mechanical vibration may

8         exist.  It may have an impact on the

9         operating life of lamps.  Certain components

10        of the fixture, such as the ballast, may

11        also cause the lamp not to perform in an

12        expected manner.  Those are some of the

13        factors that I had in mind when I stated

14        this.

15   Q.   And if you jump down two paragraphs to

16        paragraph 16, that also talks about

17        something that can affect rated life.  Did

18        you also mean to include that when you used

19        to word "useage" in that last sentence of

20        paragraph 14?

21   A.   Yes.

22   Q.   Okay.  So if I understand the last sentence

23        of paragraph 14 correctly and paragraph 16,

24        the actual rated life that GE publishes for

25        a lamp may actually not be the rated life

1       for that lamp, but in order to really

2       determine the rated life for a lamp, you

3       need to look at the usage and the

4       environmental factors that that lamp is

5       experiencing out in the real world; is that

6       correct?

7    A.  Not at all, not at all.  The rated life is

8       the rated life and I think the definition of

9       a rated life of a lamp I've already

10      described and if you want me to, I'll

11      describe again, but it is pretty

12      unambiguous.  It is based on the testing of

13      lamps and a determination of the duration of

14      their operating time in the environment in

15      which they are tested.  If the environment

16      differs significantly from the testing

17      environment, the operating experience may be

18      different from rated life.  Operating

19      experience is an entirely different matter

20      from the rated life.  Rated life is a

21      well-defined entity that is published in

22      catalogs and GE and other manufacturers

23      state how they come up with that.

24   Q.  So that the rated life for the 750 watt,

25      which was 16,000 hours, was calculated under

1       certain test conditions at GE?

2    A.  Yes.

3    Q.  Okay.  Then if we take a lamp, one of those

4        750 watt lamps, we put it out in the real

5        world environment to determine how long that

6        lamp will actually last is not necessarily

7        reflected in the rated life, but is

8        reflected in its usage in its environmental

9        conditions?

10   A.  So how long an actual lamp --

11   Q.  Right.

12   A.  -- will work?

13   Q.  Yes.

14   A.  How long an actual lamp will work in, let's

15       say, some application, such as Metso, will

16       almost never be represented by the rated

17       life because 50 percent of the population

18       lights longer than 16,000 hours and 50

19       percent shorter, and so the fraction that

20       actually lights the exact duration, even for

21       the test population alone, is zero percent.

22       Okay?  So never do you ever, ever expect any

23       one specific light to hit it on the nail.

24       It ain't going to happen and it doesn't work

25       that way.

1    Q.   Is there any safety factor calculated into

2         the rated life that's published by GE for

3         the 750 watt lamp?

4              MR. CAMPBELL:  Object to the form

5         of the question.  Go ahead.

6    A.   I think that the definition of "rated life,"

7         I think answers your question.  The

8         definition of the rated life is the life,

9         the duration in hours, at which in a test

10        environment 50 percent of the lights

11        continue to operate, 50 percent have ceased

12        to operate.  So I'm not sure I understand

13        your question.

14   Q.   Okay.  Paragraph 16, you talk about

15        operation cycles -- an operation cycle of

16        five hours that reduces the expected life to

17        approximately 75 percent of the published

18        value.  Do you see that?

19   A.   I do.

20   Q.   And correct me if I'm wrong, but you got

21        that from some of the material that GE

22        provided you relative to the Metal Halide

23        lamps?

24   A.   That's correct.

25   Q.   Okay.  And what, if any, change is there to

1            the expected life of a Metal Halide lamp if

2            the lamp is operated on a 100-hour cycle?

3                     THE WITNESS:   Could you re-read

4            that question, please.

5                         (The previous question was read

6                         back by the court reporter.)

7       A.   So if, in the same environment as the one in

8            which GE tests the lights, the operating

9            cycle is lengthened, that may have the

10           influence of increasing the operating

11           duration of -- that is, the median

12           operation, duration, of a population of

13           lights.  By "the median operating life," I

14           mean the duration in hours at which 50

15           percent of the population ceases to light

16           and 50 percent of the population continues

17           to light.

18      Q.   And that's what you were referring to in

19           this example just on the sort of the flip

20           side on a five-hour cycle, as opposed to

21           what I did, which was a hundred-hour cycle?

22      A.   You asked me about a hundred hours --

23      Q.   Yes.

24      A.   I answered a hundred hours, yes.

25      Q.   So running on a five-hour per start cycle,

1        50 percent of the lamps will have stopped

2        working at the 75 percent of the published

3        value of those lamps?

4  A.  So according to GE, the duration of

5        operation of the median lamp decreases by 75

6        percent or is one-quarter of the published

7        rated life of those tested based on a

8        ten-hour operating cycle.

9  Q.  When done on a five-hour cycle?

10  A.  Well, the question I just answered was for

11        five hours and it is the life expectancy of

12        the median lamp becomes 25 percent of the

13        rated life that was determined for ten-hour

14        cycle.

15  Q.  Okay.  So tell me what is the percentage

16        change, if any, for the median expected life

17        of a lamp when operated at 106 hours?

18  A.  I don't know.

19  Q.  Is it reduced or the same or greater than

20        the published value?

21            THE WITNESS:  Could you read that

22        first question, the one that preceded that

23        last one?

24            (The question was read back by the

25        court reporter.)

1    A.   I don't know that.  The reason why I don't

2         know that is that GE performs these tests

3         and they publish the results of their tests,

4         and I only know what you know, what you have

5         seen, what we collectively have seen.

6    Q.   And is there a change to the expected

7         life -- is there a change to the expected

8         life, expected life's published value, for

9         these lamps when they're operated on a

10        120-hour cycle?

11   A.   So GE indicates that if the lamps are

12        operated on a 120-hour cycle, all else being

13        equal -- meaning, in the lab environment --

14        the median life, which is not an expected

15        life, per se, because it's a median life,

16        which really simply means 50 percent of the

17        population is still working, 50 percent of

18        the population is not working, may under

19        certain circumstances be increased by 50

20        percent.

21   Q.   Paragraph 17, you state that, "Metso also

22        operated the lamps during the work week on

23        a cycle that was significantly less than

24        120 hours per start."  What cycle did

25        Metso operate the lamps during the work week

1      on?

2   A.   They didn't have a, let's say, a regular

3        cycle.   They had a cycle that involved usage

4        during the week and also usage on the

5        weekends.

6   Q.   Right now, let's work on that sentence which

7        talks about the work week and then we'll get

8        to the weekend in a second.

9   A.   I can't answer your question.   I think that

10       the premise of your question assumes a

11       regular cycle.   If you don't allow me to

12       represent what actually was going on in

13       Metso, I can't answer your question.

14            MR. CAMPBELL:   I think you're also

15       assuming that the work week is Monday

16       through Friday.   I think he might have meant

17       something else by that.

18  Q.   Paragraph 17, you have two sentences.   How

19       did you differentiate between the first

20       sentence and the second sentence?

21  A.   So what I've done here in two sentences is

22       I've broken down the attention to, on the

23       one hand, the weekends, first sentence, and

24       the work week, second sentence.   Okay?   Now,

25       let me just elaborate.   When we talk about a

1   cycle specifically in the context of making

2   determinations associated with how long a

3   lamp may work, you need to take the combined

4   complex cycle, if you will, into

5   consideration, because that differs from the

6   conditions under which GE tests their

7   lights.

8   Q.   Okay.  So to ask my question again, looking

9        at the second sentence, you state, "Metso

10       also operated the lamps during the work week

11       on a cycle that was significantly less than

12       120 hours per start."  What was that cycle

13       that you're referring to in that sentence?

14   A.   So the work week cycle was less than 120

15       hours.  I estimated that to be about 112

16       hours.

17   Q.   One hundred twelve hours.  So going back to

18       paragraph number 16, where you talk about GE

19       predicting "that the life of a lamp will be

20       short and significantly if they're operated

21       on a cycle shorter than ten hours," Metso

22       was in fact, according to your calculations,

23       operating during the work week on a 112-hour

24       cycle, does GE have any predictions relative

25       to the life of a lamp when it is operated on

1       a 112-hour cycle?

2    A.  GE makes no representation for -- first of

3        all, GE doesn't distinguish between weekends

4        and during the week and certainly doesn't

5        make representations on a 112-hour cycle,

6        which is not representative at all of what

7        was going on at Metso.

8    Q.  So if I understand you correctly, what

9        you're trying to say is that the fact that

10       the first sentence exists in paragraph 17

11       negates the second sentence of your

12       paragraph 17?

13   A.  No.  I think the second sentence is very

14       clear.

15   Q.  So will the lamps at Metso have an extended

16       expected life by being operated on a

17       112-hour cycle?

18   A.  I take that that's a hypothetical question?

19   Q.  Yeah, sure.

20   A.  The Metso lamps were not operated on a

21       112-hour cycle.

22   Q.  They were during the work week, weren't

23       they?

24   A.  All right.  So with that clarification, let

25       me state my understanding of your question.

1        You're asking me to answer to expected life

2        of a lamp by looking at its Monday-to-Friday

3        usage and ignoring the weekend usage.  I

4        think that's what you're asking me to do.

5   Q.   Well, I'm not asking you to do that.  What

6        I'm simply asking you is, a lamp that's

7        operated on a 112-hour work week cycle, will

8        the life expectancy of that lamp be the

9        same, less than, or greater than its

10       published value?

11  A.   Okay.  That's a different question.  I'll

12       answer that.  So the hypothetical of a lamp

13       being used on a 112-hour cycle in a test

14       environment like GE's test environment, I

15       don't know what the answer to that is.  I

16       think that that's largely the same question

17       that I answered a little bit ago, because

18       GE does not test on a 112-hour cycle.

19  Q.   Did GE test on a 120-hour cycle?

20  A.   That's my understanding, yes.  They have

21       some experience on a 120-hour cycle based

22       on which they represent their expectations

23       for that duration of cycle in their catalog.

24  Q.   And a 120-hour cycle we know increases by 50

25       percent; correct?

```
 1   A.   All else being equal and the lamps being
 2        cycled, meaning that the on duration is 120
 3        hours, followed by off.  The lamps are
 4        turned off and then turned back on for 120
 5        hours and so on, without, say, shorter
 6        cycles between the 120-hour on duration.
 7   Q.   So now, if the lamps are operated for 120
 8        hours and the rated life is thus increased
 9        by an extra 50 percent, so would you agree,
10        for the 750 watt, that brings us to 24,000
11        hours?
12   A.   In a hypothetical situation where the lamps
13        are operated in a lab environment for 120
14        hours, on 120-hour cycles, that increases
15        the expected median life by 50 percent in
16        accordance with GE, yes.
17   Q.   And does that bring to us 24,000 hours?
18   A.   Sixteen thousand plus eight thousand, that's
19        24,000, yes.
20   Q.   And so if I understood what you just said a
21        few seconds ago, though, is if during the
22        cycles, the user operates the lamp for
23        something different than 120 hours, that you
24        don't get the full 50 percent increase in
25        rated life?
```

1   A.   Not only that, you could actually

2        potentially have a decrease because turning

3        the lights on and off for certain durations

4        would decrease the life of the lamps.

5   Q.   So how do you actually determine the rated

6        life for the lamp in your facility if you've

7        got it on a 120-hour cycle, but then at some

8        point between cycles, operated for five

9        hours?

10  A.   So it's fairly straightforward.  What you do

11       is you take the catalog at the time that

12       you're spec'ing out, specifying the lamps

13       and you read what the rated life is and

14       ensure that you understand the constraints

15       under which that rated life is represented.

16       That's all you need to do and then you know

17       what the rated life is, which is 16,000

18       hours.

19  Q.   And then how would you determine the

20       expected life?

21  A.   You don't have to.  All you have to be aware

22       of is what the rated life is.  What GE says

23       and in fact Andrew Kuzmick himself says that

24       you should group replace on a 75 percent of

25       rated life schedule.  So what you need to

1     know and what GE provides is what the rated

2     life is, which is 16,000 hours for this

3     particular lamp.

4  Q.  Earlier, you were referring to an exhibit

5     and you said that these two pages came from

6     Andy Kuzmick to Metso.

7  A.  Yes.

8  Q.  It's in the binder marked number 7.  We

9     never identified what tab.

10 A.  I apologize.  It was tab number 2 and it is

11    two blue-colored pages which are pages from

12    GE catalog, followed by the LITCOST Economic

13    Analysis.

14 Q.  How do you know that those two pages were

15    provided by Andy Kuzmick to Metso Paper?

16 A.  I believe either -- I mean, these are Metso

17    discovery materials, so I think it must have

18    come from Dave Kuzmick or Metso people, as

19    part of the package that included the

20    LITCOST, the economic analysis of the

21    lighting, which was the first proposal that

22    was made by Andrew to Dave at Metso.

23 Q.  Have you seen any testimony that these two

24    pages, the first two pages of your tab

25    number 2, actually were provided with the

1       remainder of the documents in tab number 2

2       at the exact same time to Metso?

3    A. I think that's by inference based on the

4       fact that they came from Metso as part of

5       what I interpret to be the bid package from

6       Andrew Kuzmick to Dave Kuzmick.

7    Q. Did you see something from Metso that said

8       that this was the bid package, that the

9       documents you have in tab 2, all of these

10      documents make up the bid package?

11   A. Well, let's be clear on what I mean by "bid

12      package."  What I mean by this is a proposal

13      from Andrew Kuzmick to David Kuzmick of

14      Metso, who was the person in charge of

15      receiving this particular proposal, and I

16      don't have any reason not to believe that

17      that's the case.

18   Q. So the first two pages are Bates stamped

19      Metso 59 and 59-A, and do I understand that

20      you reached the conclusion that 59 and 59-A

21      accompanied 60 through 64 because they were

22      all consecutive numbers in the Bates stamp

23      or you received them that way?

24   A. There may have been testimony on this and I

25      right now don't remember how I came to that

1    determination.  That's just my understanding
2    in this case.
3  Q. I'll take you to the back, but do you see at
4    the top of the page, there's an indication
5    that reflects that some of these pages were
6    facsimilied?
7  A. Yes.
8  Q. And if you start with the last page and work
9    your way forward, the last page says page 5?
10  A. Yes.
11  Q. We can see a page 4 and a page 3.
12  A. Yes.
13  Q. Then there's nothing on page 2 that reflects
14    that it's faxed or page 1 that reflects that
15    it's faxed; correct?
16  A. That's correct.
17  Q. But these five pages would you say go
18    together?
19  A. Well, I think that all of these pages go
20    together and you know, I would certainly
21    expect, in light of the fact that working
22    back from the back, we go from page 5, 4, 3,
23    it may be then page 2 and 1 were something
24    like a fax cover sheet for this Footcandles
25    study that Andrew Kuzmick took on, and it

1           seems to be as you suggested in your

2           question that the LITCOST were faxed along

3           with pages labeled 3, 4, and 5 at the top

4           right, nor was the first two pages.  Perhaps

5           for consistency here, it appears that the

6           first two colored pages that are part of a

7           GE document were provided together perhaps

8           with the LITCOST and separately then the

9           Footcandles study was faxed.

10    Q.    You state in paragraph 19 that, "Under the

11          operating conditions represented by Metso,

12          the lamp that failed reached the end of its

13          rated life of 16,000 hours in September of

14          2005, four months prior to the incident in

15          January, 2006."  Do you see that?

16    A.    Yes.

17    Q.    How did you come to the September, 2005

18          date?

19    A.    I think I used a -- sorry.  A weekly use of

20          112 hours and worked it that way.  I mean,

21          one can do the math.

22    Q.    Is there something within exhibits 7, 8, or

23          9 that shows the math?

24    A.    No.  I would have done that on a piece of

25          paper that I have not included in my file

1    here.

2    Q.   In paragraph 21, you state that, "Metso's

3         weekly operation of the GE's 750 watt lamp

4         was such that the expected median life of

5         their lamps would likely have been lower

6         than the 16,000 hours presented by GE."

7         Do you make that statement because of your

8         position in paragraph 17, the first

9         sentence, that the lamps were being operated

10        for less than ten hours each on the

11        weekends?

12   A.   In part, yes.

13   Q.   Is there anything else?

14   A.   Yes.

15   Q.   What else?

16   A.   That they were not operated on a 120-hour

17        duration during the week.

18   Q.   Isn't the 16,000 hours based upon a ten-hour

19        duration?

20             THE WITNESS:  Just read that

21        question.  I think I got confused.  Go

22        ahead.  Just the last question.

23             (The previous question was read

24             back by the court reporter.)

25   A.   Yes.  The 16,000 hours rated life is based

1      on a ten-hour cycle, correct.

2  Q.  Paragraph 22, I didn't understand this last

3      part in there.  You say, "Metso did not keep

4      track of the burning hours of the incident

5      lamp or any other lamp at their facility and

6      at the time of the incident did not have any

7      program in place to replace the lamps as a

8      group to ensure safe and efficient operation

9      of their light fixtures."  Are you saying

10      that the only way to ensure the safe and

11      efficient operation of the lamps was to

12      replace them in groups?

13  A.  No, I'm not saying that at all.  I mean, if

14      you --

15  Q.  Go ahead.

16  A.  If you replace your lamps in accordance with

17      the recommendations made by GE one by one,

18      not in groups, that's fine.  Doing it in

19      groups makes it efficient; that is, quick in

20      time, and also, less costly.  So there are

21      great benefits to doing group replacement.

22      The key part with respect to the safe

23      operation of these lamps is to replace them

24      on a, let's say, on a period that is shorter

25      than 16,000 hours.

Page 136

1   Q.   Was Metso operating the lamps in an improper

2        fixture?

3   A.   I mean, I think there's some fair question

4        there with respect to the fact that the

5        ballast experienced some vibration during

6        the life of these lamps.  So I would say

7        that operating lamps in noisy fixtures is

8        not a good idea, but otherwise, I would not

9        say that there's any problem with the

10       fixture.

11  Q.   And was Metso improperly operating the lamp

12       in its operating position?

13  A.   No.  It was vertical.  It was within the

14       allowed range for this particular lamp.

15  Q.   You make the statement in paragraph 23 that,

16       "Metso's failure to replace lamps before

17       the end of their rated life was in direct

18       violation of all industry and manufacturers'

19       recommendations that were easily acceptable

20       to Metso Paper and the contractors who

21       specified, sold, and maintained the lighting

22       system."  How do you know that that

23       information was easily acceptable --

24       accessible to Metso Paper's Clarks Summit

25       facility in 2002?

1           MR. CAMPBELL:   It says "Metso

2      Paper."  You're adding Clarks Summit?

3           MR. STERN:   Exactly.

4   A.  So I mean, they're part of that same

5      organization and I just want to be clear

6      that twice, you said "acceptable."  You

7      corrected yourself once.

8   Q.  Accessible.

9   A.  The wording is "recommendations that were

10     easily accessible to Metso Paper."  These

11     recommendations have been in the industry

12     for three decades, also.  This product has

13     been broadly used.  The recommended

14     practices associated with sophisticated

15     users, such as Metso Paper, have been widely

16     distributed and well-known and that's

17     largely the reason why I would expect Metso

18     Paper to know, as well as their contractors,

19     and that includes the local facility; not to

20     mention the fact that Andrew Kuzmick himself

21     had communicated that information to Dave

22     Kuzmick in connection with the proposal he

23     presented to David.

24   Q.  Is that the two pages that we referred to

25     before in your exhibit 2 tab or somewhere

1       else?

2   A.  Well, that was the first piece of

3       information provided.  That was just in

4       addition to what I said before, the fact

5       that that information is broadly and

6       generally available.

7   Q.  I was trying to understand.  You said that

8       Andy Kuzmick had provided the information to

9       David Kuzmick.

10  A.  Yes.

11  Q.  Is the only thing that you're aware of

12      relative to this subject that Andy Kuzmick

13      provided to David Kuzmick the first two

14      pages in your tab number 2, or is there

15      something else you're aware of that Andy

16      Kuzmick provided to David Kuzmick?

17  A.  In relation to only what Andrew provided to

18      David, I'm talking what is behind tab 2 in

19      my ring binder.

20  Q.  If an O-rated lamp explodes --

21          MR. STERN:  Strike that.

22  Q.  If the arc tube of an O-rated lamp explodes,

23      what happens?

24  A.  So if the arc tube loses its structural

25      integrity within an O-rated lamp, which is a

1        lamp that has a shroud around the arc tube,

2        the shroud will largely contain the

3        particles that have come apart.

4   Q.   Is there an outer glass beyond the shroud or

5        is the shroud around the outer glass of the

6        lamp, an O-rated lamp?

7             MR. CAMPBELL:  I object to the

8        form.  I personally don't understand it.

9   Q.   Where is the shroud located in relation to

10       the arc tube and the outer glass of an

11       O-rated lamp?

12  A.   So if you mean the outer glass that you

13       typically see as the outer shroud of a

14       lamp --

15  Q.   Yes.

16  A.   -- the shroud is within that outer glass.

17  Q.   It's outside of the arc tube, but inside of

18       the outer glass?

19  A.   That's correct.

20  Q.   So the shroud is designed to contain within

21       it anything that has a problem within it?

22  A.   I beg your pardon?

23  Q.   I know.  It's jury talk.  The shroud is

24       designed to contain within it any

25       explosions, NPFs, of the arc tube?

1    A.   The shroud is specifically designed to

2         contain particles of an arc tube from an

3         NPF.

4    Q.   Let's move over to the E-rated lamps.  What

5         happens if the arc tube of an E-rated lamp

6         explodes or has an NPF?

7    A.   So if an E-rated lamp has an NPF -- E-rated

8         lamp within an appropriately designed

9         enclosure, the arc tube fragments are

10        retained within the enclosure of the

11        fixture.

12   Q.   Is the bulb itself, an E-rated bulb, any

13        different than an S-rated bulb?

14   A.   Not necessarily.  It doesn't have to be

15        different.

16   Q.   They could be the same?

17   A.   They can be the same.

18   Q.   With an E-rated lamp though, that is

19        supposed to be within an enclosed fixture;

20        correct?

21   A.   Well, an S-rated lamp can also be within an

22        enclosed fixture.  So yes and yes.

23   Q.   An E-rated lamp is supposed to be within an

24        enclosed fixture; correct?

25   A.   That's correct.

1    Q.    An S-rated lamp, that can be in both an open

2          fixture or an enclosed fixture; correct?

3    A.    Under certain constraints, correct.

4    Q.    The MVR 750 at issue in this litigation, was

5          that operated in a plus or minus 15 degree

6          burning position?

7    A.    To my knowledge, yes.

8    Q.    In paragraph 25, you state that, "The GE 750

9          watt lamp used at Metso's facility was

10         S-rated.  It was designed to be operated in

11         a vertical base up position in an open

12         enclosure."  Was Metso using the GE 750 watt

13         lamp in a vertical base up position in an

14         open enclosure?

15   A.    Yes.

16   Q.    The next sentence, "For locations where

17         combustibles are present, GE recommends the

18         usage of enclosed fixtures with S-rated

19         lamps."  Is that similar to the -- you

20         pointed out before to us, you were looking

21         at -- and again, we didn't identify the

22         tab -- I believe you were looking at the

23         bottom of tab number 2, the second page,

24         and you were talking about the temperature.

25   A.    Yes.

1   Q.  I think we already covered this earlier.

2       Before you were talking in a general sense

3       and now, in paragraph 25, you're bringing it

4       in to Metso.

5   A.  Yes.

6   Q.  Can you tell me what was directly below the

7       lamp on January 21, 2006, and when I say

8       "the lamp," I'm referring to the lamp that

9       we're here about today.

10  A.  Like I said, I haven't performed the

11      geometry and the calculations to make a

12      determination of exactly where the lamp was

13      situated in relation to the racks, but it

14      was in close proximity with the storage

15      racks.

16  Q.  The two photos that appear, two sets of

17      photos that appear as figures 2 and 3, did

18      you take these photos?

19  A.  I did.

20  Q.  Looking at the top one, am I correct that

21      looking at the picture, the left side of the

22      picture, that lamp is on and the right side,

23      the right lamp is not on?

24  A.  That's correct.

25  Q.  Is there a problem to operate or have a

1    Metal Halide lamp in an enclosed fixture and

2    not be on?

3  A.  I don't understand the question.

4  Q.  Going back to paragraph 26, "To this day,

5    Metso continues to operate lamp fixtures

6    with open fixtures and bulbs that are not

7    O-rated at their facility in Clarks Summit,

8    PA where this incident occurred.  Figure 2

9    shows a photograph of two such fixtures

10   taken on 8 April 2010.  Figure 3 shows a

11   close-up of the lamps in these open

12   fixtures."  From reading this report, I take

13   it that you believe that that is a problem

14   to operate an S-rated lamp in the Clarks

15   Summit facility in an open fixture;

16   correct?

17  A.  No.  I think there's a couple of points to

18   be made about that.  On the one hand, Metso

19   understands, even having experienced the

20   fire with S-rated lamps in open fixtures,

21   that taught them that there is a risk

22   associated with operation of S-rated lamps

23   in open fixtures and it is a risk that they

24   understand, they know what the consequences

25   of that risk is.  They also understand what

1     the benefits of S-rated lamps are, and most

2     specifically, they understand what the cost

3     savings are in running S-rated lamps, and

4     for that reason, it's clear that they

5     performed some form of, let's say,

6     determination, based on which they've

7     decided to continue to operate S-rated lamps

8     in their facilities.  So what I learned from

9     this is, they think S-rated lamps are fine,

10    even though they've had a fire, largely,

11    probably, although I have not spoken with

12    them, because there are great benefits

13    associated with these lamps.  That's what I

14    think about this, and to the extent that

15    they've made a determination to continue to

16    operate these lamps in an environment that

17    presents a risk of fire, that's a

18    determination that they would have had to

19    make in this context.

20  Q.  Okay.  So in your photo, though, only one of

21    the lamps is operational; correct?

22  A.  So only one is lighting.  The other one is

23    not lighting.  Correct.

24  Q.  Correct.  Operational.

25  A.  Well, it could be -- it is on, as opposed to

1        not working because it is broken.  So that

2        was ambiguous and I just wanted to be clear

3        on that.

4  Q.  Okay.  Is it a problem to keep that lamp

5        that is not on in that location?

6  A.  Only if it presents an undue risk of fire.

7  Q.  Does a lamp that's not on present an undue

8        risk of fire?

9  A.  Most lights that are not operating, not

10       energized, present little risk as long as

11       they remain unenergized.

12  Q.  Was there power energy going to this lamp or

13       was the switch off?

14  A.  I don't know.

15  Q.  I may have asked this earlier when we went

16       over your bio.  You're not a lighting

17       expert; are you?

18  A.  I've certainly worked on lighting-related

19       issues in the past and I've actually

20       testified in court on light and visibility

21       issues, but I'm a mechanical engineer and I

22       come at these lighting issues from a

23       mechanical engineering perspective.

24  Q.  Are you a lighting sales engineer?

25  A.  I am not a lighting sales engineer.

1   Q.   Are you a lighting design engineer?

2   A.   I am not a lighting design engineer.

3   Q.   Are you an accountant?

4   A.   I'm not an accountant, but to the extent

5        that accounting is a responsibility of

6        mechanical engineers, I use those kinds of

7        tools and methods.

8   Q.   You mention in paragraph 28 that, "GE and

9        all other major HID lamp manufacturers make

10       and sell S-rated lamps.  These cost less

11       than O-rated lamps."  Do you see that?

12  A.   I do.

13  Q.   How much less does it cost to make an

14       O-rated lamp than an S-rated lamp for the

15       exact same wattage to GE?

16  A.   So you're asking me what the difference in

17       manufacturing costs to GE are.

18  Q.   Correct.

19  A.   I don't know that.

20  Q.   In 2002, did GE manufacture an S-rated 400

21       watt Metal Halide PulseArc?

22  A.   S-rated 400 watt, yes.

23  Q.   And you're looking at tab number 8?

24  A.   I'm looking at tab number 8, which is

25       2001-2002 GE lighting catalog.

1   Q.   And did they also make an O-rated 400 watt?

2   A.   Yes.

3   Q.   What was the manufacturing cost difference

4        to GE for those two lamps?

5   A.   I don't know.  You'd have to ask GE.

6   Q.   What was the sales price of each of those

7        lamps in 2002?

8   A.   Of the 400 watts -- I don't have pricing

9        associated with this catalog here for 400

10       watt lamps.

11  Q.   Where did you get this document that shows

12       up in tab number 8?

13  A.   So it has a GE Bates number on it.  It's

14       through the discovery.  I don't know --

15  Q.   You got this from GE?

16  A.   Well, it's part of the case discovery

17       materials.  I don't know what else to say.

18  Q.   Did Metso send this to you?  Where did you

19       get this from, literally?

20  A.   Literally?  I mean, this would have been a

21       document that GE provided to all sides as a

22       discovery response.

23  Q.   Would you be surprised to hear that this

24       entire document that's sitting in front of

25       you was not actually produced in this

1          litigation?

2     A.   I wouldn't know, one way or the other.  I

3          would be surprised.  I mean, it appears to

4          me to be part of the discovery materials.

5     Q.   Would you be surprised to learn that there

6          were depositions involving this type of

7          document and this type of document appeared

8          differently than you have in your tab number

9          8 at those depositions?

10              MR. CAMPBELL:  Object to the form

11         of the question.

12    A.   I don't know.

13              MR. COOPER:  We produced the

14         catalog.

15              MR. STERN:  Do you want to go off

16         the record?

17              MR. CAMPBELL:  I'll stay on the

18         record.

19              MR. STERN:  Even your Bates

20         stamping on these shows that you didn't

21         produce that whole document to us.  Some of

22         your pages don't even have a Bates stamping

23         on them and there's nothing you produced --

24         we made the mistake, but you never made this

25         mistake.  There is nothing that you gave us

1   that didn't have a Bates stamp.

2            MR. COOPER:  We produced the entire

3   HID section of the catalog for 2001, 2002.

4            MR. STERN:  You certainly didn't

5   produce those first pages and we sat in

6   depositions trying to figure out whether

7   that document even applied to this case and

8   your own people said they weren't sure.

9   Q.  All right.  Back to where we were.  I don't

10      want to waste your time on this.  In 2002,

11      was there an O-rated 750 watt lamp?

12  A.  No.

13  Q.  Could GE have made, in 2002, and sold an

14      O-rated 750 watt lamp?

15  A.  I mean, that's a complicated question.  From

16      the standpoint of whether it is -- the

17      decision to manufacture a certain product

18      has to do with what is in the marketplace,

19      what the competition is making, and what is

20      the marketplace demand.  That is, what

21      demands are there for what products.  This

22      is an area that I have not attempted to look

23      at at all, and so in answer to your

24      question, could they, I really don't know.

25      It may have been something that potentially

1        would be completely impractical, but I don't

2        know, one way or the other.

3    Q.  Your figure number 2, the photo, in figure

4        number 2 --

5    A.  Yeah.

6    Q.  -- what was directly under that lamp that's

7        operational?

8    A.  There were some roller resurfacing activity

9        going on.  So essentially, either a coater

10       or paper machine roller, like a large

11       cylinder.  The activity that was undertaken

12       in this general area was to re-coat or

13       surface those rollers and that is what was

14       in the vicinity of this fixture.

15   Q.  These two fixtures that we see at figure 2,

16       they are not in the same room where the lamp

17       issue in this case was located; correct?

18   A.  Right next door.  Very close by.  On the

19       other side of the doorway.

20   Q.  In the much bigger room?

21   A.  That's correct.

22   Q.  Okay.  Do you have any knowledge as to who

23       GE's competitors were in 2002 for the

24       manufacture and sale of Metal Halide lamps?

25   A.  I have a general understanding.

1   Q.  Who were they, generally?

2   A.  Philips, Osram Sylvania, and those are the

3       principal competitors.

4   Q.  And in 2002, were there any other

5       manufacturers of Metal Halide lamps being

6       sold in the United States?

7   A.  There may have been.  I have not

8       independently checked that.  I've seen

9       references to a company called Venture, but

10      I hadn't heard about Venture before and I

11      haven't independently tried to establish --

12   Q.  If you could take a look at paragraph

13      number 34.  You start out this sentence by

14      saying, "Industry should not be denied

15      access to this product, the cost savings it

16      provides and its other advantages for the

17      many applications where it can be used with

18      an acceptably low level of risk of fire or

19      injury."  Who are you referring to by the

20      word "industry"?

21   A.  I'm talking about industry at large.  Every

22      single potential user of an S-rated lamp who

23      has a low level of risk associated with fire

24      or injury should be allowed to purchase

25      S-rated lamps.

1    Q.   In 2002, are you aware of any -- are you

2         aware --

3                    MR. STERN:   Strike that.

4    Q.   Are you aware that, by 2002, some

5         manufacturers of Metal Halide lamps had

6         stopped selling S-rated lamps?

7    A.   I'm not aware that any of the major players

8         in this industry had done that.

9    Q.   Any minor players or median players that

10        you're aware of?

11   A.   So my understanding is that GE, Philips, and

12        Osram Sylvania continued to manufacture,

13        market, and sell S-rated lamps.  It has been

14        represented that Venture, which I had never

15        heard of until this case, for reasons that I

16        don't know were not manufacturing this

17        particular product.

18   Q.   Where did you gain that information from?

19   A.   Oh, good question.  I think that that may

20        have been Rhiner's report.  I think that

21        Rhiner may have represented that either in

22        his report or -- yeah, I think that, to the

23        best of my recollection, that's why where I

24        heard that.

25   Q.   Do you have any independent knowledge

1         regarding a change to the national electric

2         code that impacted Metal Halide lamps?

3  A.  Yes, generally, yeah, I do.

4  Q.  Aside from what you may have gathered in

5         this litigation.

6  A.  I do.

7  Q.  Okay, and what knowledge did you

8         independently have?

9  A.  Well, the Building Code, which incorporates

10       the National Electrical Code, made a

11       determination that going forward, S-rated --

12       that is, S-rated lamps should no longer be

13       installed into open fixtures.  However,

14       S-rated lamps could, according to the

15       National Building Code and the National

16       Electrical Code, could continue to be sold

17       and not only that, also installed into open

18       fixtures in those facilities that had

19       previously used open fixtures for S-rated

20       lamps and that is my understanding of that.

21  Q.  When did that change come about?  When was

22       that change?

23  A.  That was in about.  I believe, 2005-2006

24       time frame.  I can't remember the exact

25       date.

1  Q.  At some point in time, did good I stop
2      selling the 750 watt lamp as an S-rated and
3      only sold it as an E-rated lamp?
4  A.  So my understanding is that that same lamp
5      has continue to be sold, but it simply was
6      re-labeled as an E-rated lamp, just for
7      marketing reasons.
8  Q.  When did GE begin to only market that lamp
9      as an E-rated lamp?
10 A.  I believe it was after, I want to say,
11     2006-2007 time frame.  Something like that.
12 Q.  And why did GE decide to now only market
13     that lamp as an E-rated lamp?
14 A.  Based on their own description, it was to
15     harmonize their own catalog and standardize
16     their own catalog to the competition's
17     catalogs.  That is my understanding.
18 Q.  Had the competition already begun marketing
19     their 750 watts as E-rated only and no
20     longer marketing them as S-rated?
21 A.  So that would be my interpretation of that,
22     but what I haven't done is gone to look at
23     Philips' catalogs and Osram Sylvania's
24     catalogs to see what happened when.  I don't
25     know that independently.

1    Q.   In paragraph 35, you state, "In this case,

2         Metso overlooked the recommendations

3         provided by GE and used S-rated lamps in the

4         presence of combustible materials and chose

5         to operate the lamps beyond their rated

6         life, instead of group-relamping at or

7         before the end of their rated life."  Do you

8         see that?

9    A.   Yes.

10   Q.   Are you saying that Metso made a conscious

11        decision to operate the lamps beyond their

12        rated life, instead of group-relamping?

13   A.   I can't speak to the rationale behind what

14        was done.  I'm just speaking to what had

15        happened.  So they overlooked the

16        recommendations.  The recommendations were

17        not followed in the sense that S-rated lamps

18        were used in the presence of combustible

19        materials -- that's one point -- and the

20        lamps were operated beyond their rated life

21        of 16,000 hours --

22   Q.   I think we are on the same page.

23   A.   Yeah.

24   Q.   You chose the word "overlooked" -- I

25        shouldn't say "chose."  You used the

1      word "overlooked" and you used the word

2      "chose."  I'm just trying to understand,

3      were you, by using those words,

4      communicating they made an affirmative

5      decision to follow that course of action, as

6      opposed to what it sounds like you're saying

7      is something else, they did not make an

8      affirmative decision to do that?

9  A.  What I do know is materials were provided to

10     David Kuzmick.  As to whether David then

11     utilized those documents and information

12     that was provided to him, I know that these

13     things did not happen and the reason why

14     they didn't happen, I don't know.  I don't

15     know what was in his head or in the minds of

16     other people at Metso.

17  Q.  Did you see anything that indicated to you

18     that Metso had made an affirmative decision

19     to follow this course of action?

20  A.  Well, yes.  I know -- you know, obviously,

21     we know now, based on the photographs that

22     I've taken, that Metso considers S-rated

23     lamps in open fixtures perfectly appropriate

24     because they continue to use them.  So that

25     since then, there has been -- I mean, I have

1       to believe that there has been an

2       affirmative decision in light of the event

3       that occurred in the warehouse.

4  Q.  Good clarification.

5  A.  Yeah.

6  Q.  Let me then put a time period on it.

7  A.  Okay.

8  Q.  Of course, I don't believe that this was

9       talking about specifically post-fire.

10      Pre-fire, have you seen any documentation,

11      any testimony, any affidavits, anything in

12      7, 8, or 9, that indicates to you that,

13      pre-fire, Metso made an affirmative decision

14      to operate the lamps beyond the rated life,

15      instead of group-relamping at or before

16      their rated life?

17  A.  So the only thing I can point to is the fact

18      that -- and we all know how this happened --

19      you're given some materials that's got some

20      important information in it and you just

21      don't read it.  Okay?  That did happen.

22      That is, whether David read it or didn't act

23      on it or chose not to read it, I don't

24      know.  It seems that the flow of information

25      stopped after Andrew Kuzmick had provided

1      the materials that we've already spoken

2      about.   In addition to that, I don't know of

3      any other information.

4  Q.  Paragraph 36, I'm not sure I get this.   "The

5      sections below quantify the cost savings

6      associates with the S-rated lamps and the

7      additional costs that would be incurred in

8      using O-rated lamps or enclosed fixtures.

9      Such costs should not be imposed on to end

10     users in applications where S-rated lamps

11     and open fixtures present an acceptably low

12     level risk of fire or injury."   When I read

13     that and I see that GE is only selling the

14     lamp as an E-rated lamp.   Do you take issue

15     with GE selling this lamp as an E-rated lamp

16     only?

17  A.  I guess we have to be careful about the

18     timing of your question.   Just the last

19     question, you yourself were concerned about

20     pre-fire and post-fire.   So I think,

21     generally speaking, the idea of selling

22     lamps that can continue to be manufactured

23     as S-rated lamps and put into open

24     fixtures -- and this is what paragraph 36

25     speaks to -- is perfectly okay in those

1      applications that present a acceptably low

2      level risk of fire or injury.  That's all

3      I'm saying.  So this paragraph, as you can

4      see, is a general paragraph on S-rated

5      lamps.

6   Q.  But GE doesn't sell any more of the 750 as

7      an S-rated lamp.  It only sells it as an

8      E-rated lamp; right?

9   A.  A couple of things.  First of all, this

10      paragraph is a general paragraph that speaks

11      to S-rated lamps, in general.  Okay?  It

12      doesn't say 750 watt or the specific model

13      of this particular lamp; and secondly, in

14      accordance with the 2006 lamp products that

15      may have been since updated, but I don't

16      have the updated version -- if you look

17      under PulseArc, there are S-rated 400 watt

18      lamps, 350 watt lamps.  In this particular

19      catalog, there still is a 750 watt S-rated

20      lamp.  So I think that answers your

21      question.

22   Q.  I'm not sure I understand your paragraph

23      number 37.  Are you saying that, by putting

24      a lamp inside of an enclosed fixture, that

25      just by doing that, that shortens the lamp's

1      life?

2   A.   So if you look on this page where the

3        paragraph number appears, last sentence, and

4        I'll read it, "These factors tend to reduce

5        the amount of light from the fixture and

6        tend to shorten bulb life."  So there are

7        really two points here.  One is that

8        additional obstacles, whether they are the

9        obstacles in an O-rated lamp or the lens of

10       an enclosed fixture, those will reduce the

11       amount of light.  That's point number 1; and

12       the second point is, to the extent that the

13       lamp is enclosed in a fixture that does not

14       afford the cooling that you typically would

15       have in an open fixture, that will elevate

16       the temperature and can reduce the useful

17       life of a lamp.

18   Q.   If Metso had installed its 750 watt lamp in

19       an enclosed fixture, would that lamp's life

20       have been shortened merely by the fact that

21       it was in an enclosed fixture?

22   A.   So I think the answer to your question is

23       whether the rated life of a lamp would

24       change if you perform the test that GE

25       performs, let's say, with the ten-hour

1    cycling and so forth that we've already

2    discussed, but now, in situations where the

3    lamp is in an enclosure, as opposed to not

4    in an enclosure, and the answer to that

5    question is that I expect that some effect

6    will exist, and the question is whether the

7    effect is or is not significant in relation

8    to the spread in the life of the lamps that

9    are tested.  Let me put that in other

10   words.  When you perform a test, as we've

11   already described that GE does, the duration

12   that each lamp continues to light will vary

13   and it will vary in accordance with a normal

14   distribution.  The normal distribution has a

15   certain characteristic width to it.  The

16   question here is, if you now operate a lamp

17   in an enclosure, is the change in the median

18   life, which we've already defined by a

19   duration significant compared to the width

20   of that normal population.  Technically,

21   that's what you would look at to see whether

22   it's significant.  The only point I'm making

23   is that I expect there to be an effect.

24   Whether it's significant or not, I don't

25   know.

1   Q.   But that effect will shorten a bulb's life?

2   A.   It will shorten the median life.  What I

3        mean by that is it will shorten the median

4        life of that population because remember, no

5        one lamp will ever light for the duration of

6        the rated life.

7   Q.   Have you seen any tests to determine how

8        much shorter the median life of a lamp would

9        be if it was run on a ten-hour cycle in an

10       enclosed fixture?

11  A.   I have not.

12  Q.   Okay.  Have you done any tests to that

13       effect?

14  A.   I have not.

15  Q.   Have you seen any of the documentation that

16       GE creates that's in exhibit 7, 8 or 9,

17       anywhere where it says that operating a lamp

18       in an enclosed fixture will shorten the

19       median life of that lamp?

20  A.   I don't recall seeing that, but I mean, I

21       think it's simple physics.  You know,

22       there's no question that the exterior

23       operating temperature that the lamp will see

24       will be different because it's more

25       insulated in an enclosed fixture than it is

1         in an open fixture, and as a result, the

2         operating temperatures and such will be

3         slightly different and will have the effect

4         that I state in paragraph 37.

5    Q.   If I could take you to paragraph 41, you

6         talk about added maintenance costs.  Do you

7         see that paragraph 41?

8    A.   I do.

9    Q.   How much are those costs?

10   A.   So those costs -- this is 41; right?

11   Q.   Yes.

12   A.   Those costs will be associated with the

13        accumulation of particulate material and

14        bugs, just insects, and it depends a little

15        bit on the environment.  You may have at any

16        one facility a cycle of cleaning fixtures

17        yearly for enclosed fixtures and that cycle

18        may be more frequent -- the cleaning may

19        have to be more frequent because bugs

20        accumulate more and there are certain places

21        where you just have more bugs than other

22        places, and so you may have to do it

23        quarterly, instead of yearly, and that will

24        add to the cost; and with respect to what

25        the specific increase in cost would be, that

1        is something that is quantifiable and that I

2        talk about in my own cost analysis.

3    Q.   And these costs here that you're talking

4        about in paragraph 41, you can't quantify

5        these exact costs -- you can't put a value

6        or quantity on these; correct?

7    A.   Well, you can.

8    Q.   Doesn't it vary by location?

9    A.   Yes.  I mean, for any one scenario, you can

10       estimate what the cost would be.  That is,

11       you can estimate the duration of time it

12       takes.  You can estimate, let's say, the

13       equipment rental costs that you may need to

14       incur; for example, for a lift of some kind

15       to reach to the lamps, and you have an idea

16       of how many lamps you have, and so from

17       that, you can actually get your arms around

18       what the true cost is associated with

19       performing that kind of work, and that's

20       something that is done routinely in these

21       kinds of applications.

22   Q.   And does this include labor rates?

23   A.   Yes.  I mean, you know what your staff costs

24       you.  You can certainly estimate how long it

25       would take them to do the job, particularly

1              if it's been done before, and that allows

2              you to quantify these things.

3                        (Discussion off the record.)

4                        (Recess.)

5    Q.   Looking at your paragraph 44, it appears

6         you're talking about an O-rated 1,000 watt

7         lamp in 2002; correct?

8    A.   That's correct.

9    Q.   Can you show me in the catalog that you have

10        that we looked at before an O-rated 1,000

11        watt lamp in 2002?

12   A.   So here is one such -- 1,000 watts protected

13        multi-vapor Metal Halide lamps, and these

14        are all O-rated, a thousand watts.

15   Q.   And this page indicates all of the protected

16        Multi-vapor Metal Halide lamps at various

17        wattages from --

18   A.   Let me just take a look.  Yeah, that appears

19        to be -- for example, there's a 400 watt

20        PulseArc Multi-vapor Halide lamp designated

21        ED39 39 with an O-rating and the same

22        product appears here.

23   Q.   On this page, which has a Bates number at

24        the top of --

25   A.   001304.  So the line below the 400 watt

1       entry has a BT56, a thousand watt O-rated.

2   Q.  When was the 750 watt first sold?

3   A.  I don't know for sure.

4   Q.  Do you have a general understanding of the

5       time period when it was first sold?

6   A.  Not really.  I have not really tried to look

7       at that.

8   Q.  Would it surprise you to learn that the

9       first time the 750 watt was sold was

10      referenced in this 2001-2002 booklet?

11  A.  It's not something that I've needed to look

12     into or consider.

13  Q.  Would it surprise you to learn that, in

14     1999, the 750 watt was not sold?

15  A.  That would be consistent with my general

16     understanding that the 400 watt lamp, for

17     example, is sold more than the 750 watt

18     lamp, but I have not really taken the

19     history of the development of the 750 watt

20     lamp into consideration.

21  Q.  Do you know why there are O-rated lamps for

22     the 320, the 350, the 400 -- sorry.  I'm

23     looking at the wrong page.  Here we go.  Why

24     there are O-rated lamps for the 32 watt, the

25     50 watt, the 70 watt, the 100 watt, the 150,

1    the 320, the 350, the 360, the 400 and the

2    1,000, but not for the 750 watt, as

3    reflected in this catalog in your tab number

4    8?

5  A.  I don't know.  If I needed to know, I would

6    probably look into marketing considerations,

7    but I don't know and I haven't attempted to

8    figure that out.

9  Q.  How did the cost of the 750 watt lamp change

10    from when its marketing changed from an

11    S-rated to an E-rated lamp?

12  A.  There's two aspects to your question.  One

13    is the cost of manufacturing and then the

14    other is what it is priced at for purposes

15    of sales and I don't know either.  I would

16    expect the cost of manufacturing would not

17    have changed because it was simply a

18    relabeling.

19  Q.  Can you tell me about any courses that

20    you've taken on the balancing of the costs

21    and risks of end users for lightbulbs?

22  A.  So you're asking me about a course, one

23    course on the cost and risk associated with

24    lightbulbs to end users.  I don't think

25    there is any course that I have heard of,

1    but I certainly haven't taken it.

2  Q.  Okay.  Paragraph 45, you put the words in

3      the second sentence "safe" and "risk free"

4      in quotes.  Why did you use quotes for those

5      phrases?

6  A.  For emphasis.  Nothing else.

7  Q.  The next sentence, you said, "The definition

8      of 'safe' is 'acceptable risk.'"  Where did

9      you get that definition from?

10 A.  I mean, that really is -- as a practicing

11     engineer, that's something that you, I

12     think, have to, A, understand and deal with

13     on a routine basis.  I mean, that's broadly

14     known, generally accepted, and often written

15     about.

16 Q.  In where; in the engineering field?

17 A.  Engineering field, absolutely.

18 Q.  The next sentence says, "Risk is measured in

19     terms of frequency and severity."  What do

20     you mean by that?

21 A.  So risk really has two components.  One is,

22     what is the likelihood of a scenario.  The

23     other component of it is what are the

24     consequences of the scenario.  For example,

25     how frequent is the scenario.  Is it going

1     to happen daily, weekly, monthly, yearly or

2     less frequently, and what are the

3     consequences.  The consequences could be

4     something very small, like minor damage that

5     can be just cleaned up, if you will, with a

6     mop, all the way to significant loss of

7     property.  So that's what we mean by

8     "risk."

9   Q.  In paragraph 49, you state that, "The yearly

10     rate of HID lamp induced fires is so low

11     that it is subject to considerable

12     statistical uncertainty."  Where did you get

13     that information from?

14   A.  Which information?  Where do I get this

15     sentence from or --

16   Q.  Well, you say in that sentence, "The yearly

17     rate of HID lamp induced fires is so low

18     that it is subject to considerable

19     statistical uncertainty."  If you'd like, we

20     could break it down.  You first state that

21     it is so low.  Where do you get that

22     information?

23   A.  Well, one example would be the NFIRS

24     database.  There are a number of other

25     sources, but the fact of the matter is the

1    yearly occurrence of these events could be

2    counted on your hand or a couple of hands,

3    and as a result of that, the reliability of

4    that data set of those occurrences is

5    subject to significant fluctuation because

6    if it fluctuates by one incident, then the

7    percentage changes very large because the

8    occurrence rate is so small.

9  Q.  You said on one or two hands it could be

10    measured, and is that why you use the

11    words "so low" in this sentence?

12  A.  Well, what I mean by "so low" is, if you

13    look at the NFIRS data, you're talking on a

14    yearly basis at one, two occurrences.

15    Something like that.  So to me, that is

16    low.  In light of the very large population

17    of HID metal Halide lamps out there.

18  Q.  And you were referring to the documentation

19    within tab number 19 of your book?

20  A.  That's correct.

21  Q.  What is in this tab?

22  A.  This is NFIRS Warehouse Fire Statistics.

23  Q.  Are there any other statistics for fires?

24          MR. CAMPBELL:  Anywhere?

25  Q.  Anywhere.

1          MR. CAMPBELL:   Any kind of fire?

2    Q.   Any kind.

3          MR. CAMPBELL:   I bet there are.

4    A.   I mean, I think that there are publications

5         that specialize in the presentation of fire

6         statistics, so there's no question that

7         there are other publications that might be

8         put out by the NFPA or the SFPE or other

9         organizations.

10   Q.   Did you look at any of those statistics?

11   A.   Yes.

12   Q.   Are they contained within this material here

13        in exhibits 7, 8, or 9?

14   A.   Yes.

15   Q.   Where are they in exhibits 7, 8, or 9?

16   A.   There are some statistics behind tab 10 of

17        exhibit 7.

18   Q.   And the first page says "IRI Information"?

19   A.   Yes.

20   Q.   So it's in this section?

21   A.   That's correct.   Is there anything else --

22        so we have tab 10 and tab 19.   Any other

23        information or is that it?

24   A.   There's plenty of information.

25   Q.   And did you look at that information?

Page 172

1    A.   I looked at everything that I could get my

2         hands on that was relevant.

3    Q.   And is all of that here in exhibit 7, 8, or

4         9?

5    A.   Yes.

6    Q.   And it's only tabs 10 and 19 that contain

7         the relevant information?

8    A.   No.  I think my entire file contains the

9         relevant information that I brought here

10        today.

11   Q.   As to statistics and number of fires?

12   A.   That's not what you're asking me, but I will

13        answer that question.

14   Q.   I thought that's what we were talking about

15        here.

16             MR. CAMPBELL:  The question was

17        information.

18   Q.   If every sentence I need to start over from

19        the front, I will.

20   A.   Tab 11 has statistical information.  Tab 13

21        has statistical information.  There's also

22        statistical information on exhibit 10.

23   Q.   And this goes to "the yearly rate of HID

24        lamp fires is so low"?

25   A.   No.  This is just statistical information of

1      properties of lamps.

2   Q.  Obviously, you and I are not speaking the

3      same language.  Let me try again.  I want to

4      know and I'm focusing on this sentence, "The

5      yearly rate of HID lamp induced fires is so

6      low."  You wrote that; right?

7   A.  Yes.

8   Q.  You reached the conclusion that it was so

9      low; right?

10  A.  Yes.

11  Q.  Did your attorneys reach that conclusion?

12         MR. CAMPBELL:  Object to the form

13     of the question.  You can answer.

14  Q.  Tell your attorneys tell you to write "so

15     low"?

16         MR. CAMPBELL:  Object to the form

17     of the question.

18  A.  No.

19  Q.  So this is your decision to call the yearly

20     rate of HID lamp induced fires "so low"?

21  A.  Yes.

22  Q.  I want to know where you got the backup to

23     reach the conclusion that the yearly rate of

24     HID lamp induced fires is so low, and

25     originally, you pointed us to tab number 19;

1       right?  Then you took us to tab number 10.

2   A.  Correct.

3   Q.  And then you started talking about exhibit

4       10, but we clarified that that's not what

5       we're talking about.

6   A.  Well, tab 19, tab 10 -- not to be confused

7       with exhibit 10 --

8   Q.  Correct.

9   A.  -- and then I also talked about tab 11.

10  Q.  Is that it?

11  A.  I think that there may be some related

12      information behind tab 13, but really, the

13      foundation for paragraph 49 in my report is

14      behind these tabs that I have just

15      identified for you.

16  Q.  Earlier, you mentioned that NFPA may have

17      some statistics.

18  A.  Well, you broadly asked me a question about

19      whether there is information.  My

20      interpretation of your question was

21      generally information about fires.  So

22      there's a wealth of information out there

23      that I think addresses a scope that is much

24      broader than what you're asking me about

25      paragraph 49.

```
 1   Q.   So now, my next question is going to be:
 2        Did you look through any of the NFPA's data
 3        to determine if they can identify or have
 4        identified the yearly rate of HID lamp
 5        induced fires?
 6   A.   Yes.
 7   Q.   What did you look at?
 8   A.   So this is specifically an NFPA document
 9        dated April-May, 2001 on the loss history
10        associated with HID lighting.
11   Q.   That's within tab number 10?
12   A.   That's correct.
13   Q.   Anything else from NFPA that you looked at?
14   A.   Well, specifically, NFPA, I think that was
15        probably the most, let's say, on point
16        material that I was able to find from NFPA
17        that specifically addresses this question.
18        I just want to clarify here that I performed
19        my own statistical analysis using NFIRS,
20        which is a national database associated with
21        fires.   NFIRS is not directly associated
22        with NFPA.   It's really an electronic
23        database that essentially continues to be
24        maintained by the Fire Service nationally.
25   Q.   I believe you talked about that later on in
```

1    your report.  So tell me about the severity

2    of the HID lamp induced fires for -- that

3    you identified to justify the yearly rate

4    being quantified as "so low"?

5  A.  I don't think I can answer that question.

6    That's an ambiguous question to me.

7  Q.  Why?

8  A.  I separate "severity" from "frequency."

9    Those are two independent entities and

10   you're asking me to answer both in the same

11   question.

12 Q.  For each of the fires that you identified

13   that occurred that you quantified, you

14   counted, and the number was a number that

15   allowed you to state that the yearly rate of

16   HID lamp induced fires is so low, did you

17   also look at the severity of each of those

18   fires?

19 A.  You're asking me what the extent of damage

20   might have been?

21 Q.  Yes.

22 A.  I have not done that.

23 Q.  Paragraph 51, you talk about different types

24   of statistics in this paragraph, as well;

25   correct?

1    A.   Yes.

2    Q.   Is the information in this paragraph from

3         the materials in tab 10?

4    A.   Yes.

5    Q.   And it says that, "In 2000, a total of about

6         35 million HID lights were sold in the US of

7         which Metal Halide lamps numbered 19.5

8         million."  How many of those lamps were

9         S-rated?

10   A.   I don't know.

11   Q.   How many of those lamps were O-rated?

12   A.   That's probably a question that would be

13        best posed to GE personnel that might be

14        able to break it down, based on marketing

15        information and sales information.

16   Q.   I'm asking if you know that information.

17   A.   I don't know.

18   Q.   Okay, and how many of those lamps were

19        operated in open fixtures, any of the 19.5

20        million?

21   A.   I don't know the breakdown.  I would

22        expect -- I just don't know.

23   Q.   You state in paragraph 52, "In the three

24        decades that HID lamps have seen widespread

25        use, lamp NPFs that have been claimed to

1    have resulted in a fire have numbered in the

2    few dozen."  Is it possible that HID lamps

3    caused fires that weren't claimed?

4              MR. CAMPBELL:  I object to the form

5    of the question.

6  A.  I would say, practically speaking, it would

7    be very unlikely, and the reason why I say

8    that is my experience, if there is a fire,

9    there typically will be a claim.

10  Q.  Have you ever been involved in any fires

11    where the cause was undetermined?

12  A.  That has occurred, yes.

13  Q.  Does it frequently occur?

14  A.  That is a question that has to do with

15    really multiple issues.  One is that the

16    fire service has an obligation to make a

17    determination as to whether a fire was

18    intentional or not.  Okay?  Often times, if

19    the fire clearly was not intentional, the

20    fire service as a matter of routine will

21    call it undetermined if they don't really

22    have any better information, other than

23    knowing that it wasn't intentional.  That

24    does not mean that there will not be a claim

25    following that, in the sense that there may

1       be an insurance claim where an insurance

2       company may be involved that, you know, has

3       had to pay for certain damages, the life of

4       which, you know, will vary according to

5       claim by claim.

6    Q. So if a fire is classified as undetermined

7       by the fire department and there is no

8       specific insurance claim, will the NFPA

9       record that type of incident in its

10      statistics?

11   A. So it happens routinely that there is an

12      undetermined fire which is associated with

13      some piece of equipment or a probable cause,

14      in the sense that -- and I've seen this so

15      many times -- where the fire department

16      rules it as undetermined largely because it

17      was not intentional.  They are not a hundred

18      percent sure exactly what caused it.  They

19      think they have reasonable, let's say,

20      information to believe what the cause was,

21      and it is then registered under that cause

22      for the fire.  So "undetermined" itself does

23      not mean that the fire department has ruled

24      that they don't know what the cause was.

25   Q. Are you saying that NFPA keeps records and

1         statistics on fires that have an

2         undetermined cause?

3    A.   Well, first of all, the records -- NFPA

4         publishes articles on the cause of fires,

5         and often times, they will rely on the NFIRS

6         database.  So the NFIRS database has a field

7         associated with probable cause and the

8         probable cause in the case of a fire that is

9         started by, let's say, an HID lamp will be

10        entered as such and there's a field that is

11        absolutely appropriate for that, to capture

12        those kind of events.  Now, as to this issue

13        of undetermined, sometimes the fire

14        department will say the fire is

15        undetermined.  "We think it was this, but

16        we're not completely sure," and they'll

17        identify the cause that way.

18   Q.   In the NFIRS database?

19   A.   Yes, or in fact the fire report which then

20        feeds into the NFIRS database.

21   Q.   Have you ever been involved in a fire where

22        the cause was undetermined, period?

23   A.   Yes.

24   Q.   And how would that -- how would the ultimate

25        cause of that undetermined fire be recorded

1      in the NFIRS database?

2   A.  So in some instances, the cause will be

3       correctly identified, can be correctly

4       identified and in some instances, like one

5       specific fire that I worked on, nobody ever

6       found out what the cause was and it was just

7       undetermined and there was no identified

8       probable cause.

9   Q.  So in those type of circumstances, there

10      would be no recording of what did cause that

11      fire because it was just undetermined?

12  A.  That's correct.

13  Q.  In the last sentence of paragraph 52, you

14      say, "The fraction of these claims that were

15      objectively determined to have actually

16      resulted from an NPF is unknown, but very

17      small."  Can you explain that to me?

18  A.  Yes.  If there is a fire that is identified

19      in, let's say, the NFIRS database as being

20      associated with HID lamps, specifically,

21      Metal Halide lamps, first of all, the class

22      of lamps that fall under the category is

23      broader than just the specific lamp in

24      question here, and so what that means is

25      that -- just be specific to this -- so the

1    class that is the most relevant is Sodium

2    Mercury Vapor Lighting fixtures or lamps.

3    That includes ballasts, fixtures, fixture

4    problems, lamps, and can certainly include,

5    let's say, electrical problems that are

6    ultimately manifested through the fixture or

7    the ballast.  Something like that.  Okay.

8    So in the process of entering the data into

9    the NFIRS database, this class, that is

10   really the only class that is relevant to

11   these particular kinds of lamps, is broader

12   than HID Metal Halide lamps because it

13   includes ballast and fixtures.  Also

14   includes Sodium High Pressure lamps, Mercury

15   Vapor lamps, and so forth.  So as you look

16   at the statistics, you have to take into

17   consideration that some fraction of the data

18   that has been entered into the database is

19   not going to be relevant to HID Metal Halide

20   lamps.  That's really all I'm saying, and in

21   addition to that, the mere entry of a

22   certain product into the database does not

23   necessarily mean that actually, it was the

24   cause.  Often times, something else may be

25   determined to be the cause.  So that's

1    really what I mean in this particular

2    paragraph.

3  Q.  How come in paragraph 53 -- well, in

4    paragraph 53, you say "examination of

5    millions of records of fire data."  Did you

6    personally examine millions of records?

7  A.  I had our data analyst do that.  That is,

8    I've routinely used NFIRS for these kinds of

9    queries, but I'm not the one querying the

10    database.

11  Q.  How was it selected to just look at the 1999

12    and 2006 time period?

13  A.  I made that determination.  What exactly do

14    you mean?  Are you asking --

15  Q.  Does the database only exist from 1999

16    through 2006?

17  A.  No.  It exists for obviously a much longer

18    period of time.  For that period of time,

19    the database actually has a specific field

20    that I identified for you.  This is under

21    NFIRS now.  So this is "Sodium, Mercury

22    Vapor Lighting, Fixtures or Lamps."  That

23    particular field, if my memory serves me

24    right, only was brought into the database in

25    1999 and did not exist prior to 1999, even

1         though these lamps have been used for a

2         couple of decades by that time.

3    Q.   Who printed out these documents that are

4         within your tab number 19?

5    A.   Who pushed the print button?

6    Q.   Yes.

7    A.   Either an administrative assistant or Vijay

8         Somandepalli.

9    Q.   Did you look at any of the screens on the

10        computer or were you looking at the

11        printout?

12   A.   No, no.  I reviewed this data as we were

13        gathering the data and I was actually

14        communicating with the individual who was

15        performing the data harvesting.  So I was

16        involved in directing this process.

17   Q.   I see at the top it says "NFIRS Warehouse

18        Fires."  Why is this limited to just

19        warehouse fires and not other types of

20        fires?

21   A.   Because I felt that this was the most

22        representative type of facility to be

23        looking at in the context of this case.

24   Q.   And when you looked at this NFIRS data, you

25        saw only eight fires related to HID lamps;

1    correct?

2  A.  No.  I saw eight entries under the rubric --

3    and there are two groups -- "Halogen

4    lighting fixture or lamp" grouped with

5    "Sodium, mercury vapor lighting fixture or

6    lamps."  Under those two groups for a period

7    of 1999 to 2006, the total was eight.

8  Q.  I've got you.  So did you look to see the

9    details of those eight fires?

10  A.  That, I have not done.  I haven't

11    investigated that.

12  Q.  Do you know if death occurred in any of

13    those eight fires?

14  A.  I know nothing about those specific entries.

15  Q.  What information do you have regarding the

16    number of HID lamp explosions, NPFs, at

17    facilities, other than warehouse?

18  A.  I actually haven't run that query.

19  Q.  In paragraph 56, you talk about heating and

20    ventilation equipment.  In those 415 fires,

21    how many involved exploding equipment?

22  A.  I don't know whether, on the one hand,

23    that's something that is searchable.  That

24    is, I'm not sure that that's something that

25    can be easily determined.  On the other

1        hand, through case-by-case queries,

2        ultimately, getting the fire department

3        report, to determine whether a propane tank

4        blew up or something like this, it's

5        something that can happen, but I don't know

6        in the context of the query that I carried

7        out because I did not attempt to acquire the

8        fire department reports.  It wasn't the

9        purpose of my query.

10   Q.   Is it possible that of all 415, there was no

11        exploding heating and ventilation equipment?

12   A.   I have no idea.

13   Q.   You don't know because you just didn't look

14        for that information?

15   A.   I didn't look for it.  I know that --

16        there's a broad range of scenarios.  This

17        particular query captured -- a very broad

18        range of scenarios generally associated with

19        heating, ventilating, and air conditioning

20        equipment.  As to what the scenarios are, I

21        would prefer not to guess.

22   Q.   Okay.  In the 415 fires that were identified

23        as resulting from heating and ventilation

24        equipment, how many of them produced a

25        property over a thousand degrees C?

1          MR. CAMPBELL:  Object to the form

2      of the question.

3   A.  Those temperatures are not pretty unusual in

4      the context of fires.  It's not something

5      that I've attempted to determine.

6   Q.  I'm not talking about the fire itself

7      because we all know that.  I'm talking about

8      the actual heating and ventilation equipment

9      that you've identified as being installed in

10      warehouses and has accounted for 415 fires.

11      We could take "accounted" and turn that

12      to "cause."  So 415 fires caused by heating

13      and ventilation equipment in warehouses.  I

14      would like to know, of those, how many of

15      those resulted in any parts of the heating

16      and ventilation equipment being shattered,

17      raining, projecting, at over a thousand

18      degrees C?

19          MR. CAMPBELL:  Object to the form

20      of the question.  Go ahead.

21   A.  So one of the most common causes of fires in

22      any occupancy is electrical, electrical

23      causes, and electricity always presents that

24      risk.  Electrical fires that are started by

25      either high resistance shorts or direct

1    metal-to-metal arcing do and can result in

2    temperatures that are just as high, if not

3    higher than this that would cause copper to

4    melt and so forth.  In fact, I've seen

5    certain situations, you can see glass

6    melting, which is not the case in the

7    context of non-passive failures of HID

8    lamps.  So electrical causation of fires

9    routinely will cause arcing, very loud

10   noises, certainly localized short duration

11   pressure buildups that creat sound, as well

12   as elevated temperatures, and if that

13   particular event is restricted and confined

14   to a very small area that doesn't

15   significantly spread, there can be minimal

16   consequences associated with that, and I

17   think all of us have probably experienced

18   that at one time or another when we've stuck

19   a fork into the outlet, as my daughter did

20   when she was four, and made a very loud

21   noise.  So the elevated temperatures that

22   are sustained for a short period of time

23   aren't necessarily in any way indicative of

24   significant damage.

25   Q.  That's all great, but you know, as I do,

```
 1        that didn't have anything to do with my
 2        question, to be honest with you.  Frankly,
 3        you know --
 4   A.   I thought --
 5              MR. CAMPBELL:  Put your question,
 6        please.
 7   Q.   Obviously, I wasn't clear, so I'll try to
 8        rephrase it for you, because I didn't write
 9        this paragraph 56.  You did.  In this
10        paragraph 56, you say "Heating and
11        ventilation equipment installed in
12        warehouses accounted for 415 fires," and I
13        want to know, of those 415 fires, how many
14        of them had heating and ventilation
15        equipment spraying, raining, shattering, at
16        over one thousand degrees C?
17   A.   I mean, I can't answer that question.  I
18        think that the characterization that you
19        provide is not something that I can get my
20        arms around, nor something that engineers in
21        the process of doing this kind of
22        investigation would actually be able to
23        quantify in some useful manner.
24   Q.   Okay.  So you don't have the answer to that,
25        to the question that I asked?
```

1   A.   Well, I was quantitative, actually, in

2       answering the previous question, which I

3       thought was the same question, and I don't

4       know about raining and whatever else it is

5       that you characterize.

6   Q.   Do you remember earlier today you used the

7       word "rain" to describe what happened to the

8       hot quartz particles after an NPF?

9   A.   Yes.  What I talked about is dropping down.

10      I may have said "raining down," yes.

11  Q.   That's why I used the word.  I'm using the

12      analogy now.  You used "rain" for your hot

13      quartz particles after an NPF.  I want to

14      now take your "rain" to heating and

15      ventilation equipment installed in

16      warehouses accounting for 415 fires --

17  A.   Uh-huh.

18  Q.   -- and what you're telling me is you just

19      don't know whether in any of those, all of

20      them or none of them, that actually

21      happened --

22           MR. CAMPBELL:  Objection.

23  Q.   -- that any heating and ventilation

24      equipment resulted in the raining of one

25      thousand degree C heating and ventilation

1    equipment.

2              MR. CAMPBELL:  I object to the form

3    of the question.  Go ahead.

4  A.  So what I do know is that, in the event of

5    the specific examples that I have already

6    provided, is if you have, say, an arc

7    between one energized conductor and another

8    one that is not, you're going to have very

9    high localized currents, very high

10   temperatures, and molten metal can drop down

11   and rain down and that happens in electrical

12   faults.

13  Q.  Respectfully, though, you don't know if

14   that's the cause involved in any of these

15   415 fires.  That may all be true about

16   arcing and combustion and fires, but you

17   don't know if any of these were

18   electrically-related; right?

19             MR. CAMPBELL:  Object to the form

20   of the question.

21  A.  The purpose behind the endeavor -- so the

22   effort that I undertook with NFIRS -- was to

23   quantify the frequency of heating and

24   ventilation equipment associated with fires.

25  Q.  In warehouses?

1   A.   In warehouses, and to contrast it with

2        various other things, including lightening.

3        That was the purpose.  Now, you're asking me

4        a question about information that really

5        didn't fall under what I was trying to

6        undertake.  Now, so I think almost by

7        definition, I don't know what the question

8        is because I wasn't trying to answer that

9        question.

10  Q.   Okay.  In paragraph 57, you talk about the

11       GE 750 watt lamp "is not a consumer product

12       and is used in commercial and industrial

13       locations."  What do you mean by, "it is not

14       a consumer product"?

15  A.   What I mean by that is that private citizens

16       would not tend to use those.  Those are

17       products that are used in industrial

18       settings by professional people, whether

19       they are responsible for the facilities,

20       such as David Kuzmick, was a good example,

21       in facilities such as warehouses, parking

22       lots, manufacturing facilities and so

23       forth.  That's where you tend to see these

24       lights and I think that that is the vast

25       majority of who the clients are who purchase

1        these.   These are not purchased by people

2        like you and me.

3    Q.   In your tab number 2, those first two pages

4        that we were looking at before, do those two

5        pages come with the lamp itself?

6    A.   I don't believe these two pages come with

7        the lamp.   I think these pages were provided

8        to David Kuzmick and Metso for the purpose

9        of making a determination as to what they

10       should be buying.

11   Q.   So at some point, Metso acquired a volume, a

12       quantity of 750 watt lamps?

13   A.   Yes.

14   Q.   Did these two pages or anything like these

15       two pages come with those purchased 750 watt

16       lamps?

17   A.   I don't believe -- I mean, these two pages,

18       Metso already had.   I think that the lamps

19       would have come in boxes with wrappers, and

20       that's my understanding.

21   Q.   And in looking at tab number 8, did this

22       document come with the actual lamps?

23   A.   I wouldn't expect this catalog, this lamp

24       product catalog, to necessarily come with

25       the lamps.   This is a tool that you use for

1       purposes of selecting a product for purposes

2       of purchasing the product and contains much

3       the same information that was provided to

4       Dave Kuzmick in the two pages behind tab

5       number 2.  This tab number 2 document has

6       technical information associated with the

7       750 watt product.

8  Q.  What industry is Metso Paper, Clarks Summit

9       facility, in?

10  A.  They're in the -- so broadly in the paper

11       industry, but they're in the business of, as

12       I understand it, equipment refurbishment --

13  Q.  What type of equipment?

14  A.  For the paper industry.  Coaters and paper

15       machines.

16  Q.  Are they in the insurance industry?

17  A.  No, no.  Well, my understanding is -- and

18       obviously, Metso is a large concern, so that

19       particular facility is in the business of

20       coaters and performing maintenance and

21       repair on coaters, that the concern itself

22       does a broad range of things.

23  Q.  Are you aware that they're in the insurance

24       industry?

25           MR. CAMPBELL:  Metso Paper?

1           MR. STERN:  Yes.

2    A.  You're asking me whether they're in the

3        insurance industry?

4    Q.  Yes.

5    A.  I don't know.  They may be.  If you look at

6        GE, for example, they're also in financial

7        services.  So they are a very large

8        concern.  I don't know the entire breath of

9        their activities.  So they may be in the

10       insurance business, for all I know.

11   Q.  You don't know?

12   A.  I don't know.

13   Q.  Is Metso a member of NEMA?

14   A.  I wouldn't be surprised if they were.  NEMA

15       is really in the business of electrical --

16       it's an organization that has to do with

17       electrical products and Metso is a large

18       concern and may have certain branches that

19       are associated with NEMA.

20   Q.  In 2002, was Metso a member of NEMA?

21   A.  I don't know.  I haven't attempted to

22       determine that.

23   Q.  Prior to the January, 2006 explosion, did

24       Metso have possession of any of the

25       documentation within exhibits 10 or 11?

1    A.    That's a very broad question.  I mean, the

2          population of employees in Metso is very

3          large.  I would not be surprised if

4          certainly, there would have been many

5          members of NFPA within Metso that may have

6          obtained information of the kind that we

7          have here, people responsible for insurance

8          matters, that would be connected with FM

9          Global, IRI, or other insurance companies

10         that, let's say, are in the business of

11         recognizing, controlling and mitigating

12         risk, may have been aware of some of these

13         materials.  I can't tell you, one way or the

14         other, but just the sheer size of that

15         organization is such that it's entirely

16         possible.

17   Q.    I don't want your speculation.  I went

18         specifics.  My specific question is:  Prior

19         to the fire in January of '06, did Metso

20         have in its possession what you have in your

21         exhibit 10 and in your tab exhibit 11?

22   A.    That's a broader question than I can

23         answer.  I have not attempted to determine

24         whether Metso has had these materials in

25         their possession.  I can't answer that

1      question.  I can't answer as to whether

2      anybody had any of the materials behind my

3      tab 10 at Metso.  I haven't undertaken that

4      exercise of trying to make such a huge

5      determination,.

6   Q.   Can a 750 metal watt manufactured by GE

7      explode prior to its rated life?

8   A.   Non-passive failure really have to do with

9      the aging process that lamps undergo, so

10     it's impossible or highly improbable for

11     that to happen.

12   Q.   Can it happen?

13   A.   I think, in a sort of theoretical

14     statistical sense, there is a remote

15     possibility, but practically speaking, you

16     don't expect it to happen.

17   Q.   In the last paragraph of your report, in the

18     middle of the paragraph, you state, "It was

19     also clear by 2002 that open Halide Metal

20     fixtures should not be placed over

21     combustible material and that either

22     protected lamps (shrouded) or lens covers

23     should be used in such applications."  Do

24     you see that sentence?

25   A.   Yes.