170:9,14 176:9
185:3,6 193:3,4,6
193:14,15,17 194:4
202:12 204:8
212:14 216:24
217:1,2 219:4
225:23 252:24
253:21
**tyco** 73:18
**type** 24:8 25:12 69:8
74:24 148:6,7 179:9
181:9 184:22
194:13 200:8
220:22 245:20
**typed** 56:18,20
71:24
**types** 48:5 76:11
176:23 184:19
**typical** 93:2 200:5
**typically** 41:23
58:10 63:9 102:10
103:21 115:11
139:13 160:14
178:9

**u**

**u** 221:1 253:23,24
254:1
**u.s.** 69:1
**uh** 190:17 216:20
**uk** 72:8
**ul** 238:11
**ultimate** 64:24
66:18 180:24
**ultimately** 10:2
105:21 109:23
115:14 182:6 186:2
**ultraviolet** 47:22
229:5
**unambiguous**
118:12 239:18
**uncertainty** 21:14
169:12,19
**undergo** 197:9

**underlie** 51:9
**underlies** 51:19
**underlying** 49:22,24
50:22,25 51:5 52:4
52:7
**underneath** 93:16
**understand** 7:11
18:18 23:6 24:7
26:16 27:2 42:5
50:7 51:1,23 57:12
61:11,13 65:2,25
76:1,5 95:11 100:14
104:4 111:3 114:3,4
117:22 120:12
126:8 129:14
131:19 135:2 138:7
139:8 143:3,24,25
144:2 156:2 159:22
168:12 194:12
198:24 215:9
228:12 240:13
246:9 247:2,23,25
247:25 248:1,21
**understanding**
19:20 21:22 22:18
25:1,15 26:18 27:1
29:16,21,25 57:22
69:23 76:3,6 81:5
83:8,9 88:15 103:12
111:24 116:7
126:25 127:20
132:1 150:25
152:11 153:20
154:4,17 166:4,16
193:20 194:17
249:23
**understands** 143:19
**understood** 42:19
128:20 203:3
**undertake** 33:3
192:6
**undertaken** 12:14
88:5 150:11 197:3
**undertaking** 82:23

**undertook** 191:22
**undetermined**
178:11,21 179:6,12
179:16,22 180:2,13
180:15,22,25 181:7
181:11
**undue** 145:6,7
**unenergized** 145:11
**unexpected** 219:5
225:10 228:5
**unexpectedly** 113:9
201:21
**unfortunately** 91:2
**unique** 39:18
**united** 1:3 151:6
**universal** 221:1
254:2
**universe** 105:18
106:25
**university** 54:22
**unknown** 181:16
**unoccupied** 200:13
**unrelated** 67:20
199:3
**unresolved** 25:4
**unusual** 27:25 28:14
115:12 187:3
**updated** 159:15,16
**upward** 102:10
**usa** 1:7
**usage** 116:24 118:3
119:8 124:3,4 127:3
127:3 141:18
**use** 37:8 62:22 68:1
76:7 84:22 91:14
96:2 111:1 116:5
133:19 146:6
156:24 168:4
170:10 177:25
192:16 193:25
199:11 201:2,3
205:5 214:16
218:14,23,24
219:16 223:5,6,7,12
224:12,20 225:5,12

225:14 226:20
227:17 230:22
231:21 232:6,16,23
233:12,15,16
235:10,13,21
237:12,15 238:2,6,8
238:16 245:1,3
246:11,17 247:6
248:10 252:19
**useage** 117:19
**useful** 160:16
189:23
**user** 103:16,20
104:9,12,13,14,15
104:16 105:3,16
106:10,10,23 107:2
107:24 109:8,10,11
109:22 110:8,22
111:15 113:5
128:22 151:22
**users** 104:7 112:4
137:15 158:10
167:21,24
**utilized** 156:11

**v**

**valmet** 69:5
**value** 116:23 120:18
122:3,20 123:8
127:10 164:5
**valves** 52:14 53:5,7
55:10
**vapor** 165:13,16,20
182:2,15 183:22
185:5 214:7
**variety** 11:15
**various** 6:11 86:21
86:23 165:16 192:2
**vary** 116:23 161:12
161:13 164:8 179:4
**varying** 52:11 53:2
**vast** 192:24
**vbd** 220:25
**vbu** 220:21

[vented - width]

Page 40

vented   100:19 101:9
ventilating   186:19
ventilation   185:20
  186:11,23 187:8,13
  187:16 189:11,14
  190:15,23,25
  191:24
venture   151:9,10
  152:14 236:13
  239:21
venture's   242:12
verification   232:10
  238:11 246:6
version   16:12 57:19
  57:20,25 159:16
versions   56:14,20
versus   70:18,21,23
  70:25 71:2,4,6,14
  71:16,18 72:15 73:5
  73:11,13,18 74:25
  75:2 82:3,8
vertical   136:13
  141:11,13 221:5
vertically   99:19
vibration   117:6,7
  136:5
vice   39:15,16,19
vicinity   86:15,16,19
  98:18 150:14 230:3
  230:15,22,25 231:1
  231:4 237:13,16
  239:9,15
vicintiy   237:19
view   87:21
vijay   8:16 65:15,19
  79:19 184:7
village   73:5 74:8
  75:19,20
violation   136:18
virginia   29:9 30:22
  69:20
visibility   145:20
visible   47:22
visit   27:24 28:2

visited   31:6
visiting   54:21 55:1
vitae   3:17 4:23
voltage   117:3 219:9
voltages   219:11
volume   1:1 193:11
  257:15,20 258:7
vs   1:8 258:2

w
w   10:21
waiting   241:15
waived   5:6
want   11:20 18:25
  20:16 59:20 60:6
  70:10 88:8 93:7
  101:17 106:24
  108:21,22,23 109:6
  109:14 118:10
  137:5 148:15
  149:10 154:10
  173:3,22 175:18
  189:13 190:13
  196:17 199:17
  202:7 206:6 208:17
  234:13 240:3
wanted   11:24 61:11
  61:13 81:4 109:14
  145:2
wants   249:1
warehouse   21:16,17
  103:8,23 157:3
  170:22 184:17,19
  185:17 213:23
  214:8,13
warehouses   94:13
  187:10,13 189:12
  190:16 191:25
  192:1,21
warner   19:11
warning   200:6
  216:18 224:17
  228:25 229:10,13
  229:14

warnings   92:25 93:2
  225:1,3,18
washington   55:14
waste   149:10
wasting   241:23
water   219:13
watt   82:25 83:7
  84:21 90:6 96:6
  97:12 98:14 103:3
  113:22 115:1
  118:24 119:4 120:3
  128:10 134:3 141:9
  141:12 146:21,22
  147:1,10 149:11,14
  154:2 159:12,17,18
  159:19 160:18
  165:6,11,19,25
  166:1,2,9,14,16,17
  166:19,24,25,25,25
  167:2,9 192:11
  193:12,15 194:7
  197:6 210:3,7
  213:24 214:7
  215:13 249:17,21
  251:3 253:1,4
wattage   25:16 29:17
  146:15
wattages   165:17
watts   147:8 154:19
  165:12,14
wave   47:21,22 229:5
way   12:6 13:15
  14:20 26:23 27:1
  55:12 57:14 66:10
  95:13 101:9,19
  119:25 131:23
  132:9 133:20
  135:10 148:2 150:2
  169:6 180:17
  188:23 196:13
  199:6 205:7 220:17
  224:14,22,23
  225:14 233:7
  236:20 244:24
  250:2

ways   10:3 11:15
  45:22
we've   5:24,25 39:10
  43:17 50:11 100:11
  105:16,16 158:1
  161:1,10,18 188:18
  201:4 203:25
  219:20 229:14
wealth   174:22
wear   226:14
weather   102:14
website   40:15,16
week   123:22,25
  124:4,7,15,24
  125:10,14,23 126:4
  126:22 127:7
  134:17 205:5
  209:17 222:12
  252:13 253:11
  255:1,1,7,10,20,23
weekend   79:5 124:8
  127:3 209:18
  212:18
weekends   124:5,23
  126:3 134:11 211:3
weekly   133:19 134:3
  169:1
weeks   58:6 92:20
welcome   102:20
went   27:16 28:4
  52:5 67:14 110:16
  115:21 145:15
  196:17
western   21:3,12
  22:12 24:16 26:10
  27:12 28:4,8 29:3
  61:23 62:6 69:19
  70:5
whereof   259:15
whiting   72:15
widely   92:5 94:12
  94:14 137:15
widespread   177:24
width   161:15,19

willing 239:10
wisconsin 21:4 25:5
  25:7,19,22 28:11
  29:4 69:5,15
witness 5:3,9 35:7
  35:12 36:16 38:5,25
  62:19 69:24 78:11
  107:17 121:3
  122:21 134:20
  199:1 240:5 259:9
  259:13,15
witness's 37:23
wolfe 62:21 241:5
word 57:7,9,10
  84:22 96:2 97:23
  100:14 104:13
  105:8,9 106:10,15
  106:22 110:7
  117:19 151:20
  155:24 156:1,1
  190:7,11 198:2,4,7
  199:11 223:6,7
  227:23 230:22,25
  231:1 234:14
  237:12,15
wording 40:9 58:22
  137:9 238:25
words 30:13 42:21
  42:24 59:22 67:19
  88:21 97:19 156:3
  161:10 168:2
  170:11 210:24
  224:21 239:17
  243:17,17 244:18
  244:21 248:22
work 10:2 14:8,20
  19:21,22 25:9 27:20
  28:6,18,20 41:15
  49:23 50:2,3 55:4
  59:6 63:10,11 67:10
  67:15 69:1,8 73:3
  75:23 76:4 119:12
  119:14,24 123:22
  123:25 124:6,7,15
  124:24 125:3,10,14
  125:23 126:22
  127:7 132:8 164:19
  209:17,18 211:1
worked 9:11 16:22
  17:2,24 20:3,7,11
  20:14 53:19,21
  68:18,20 69:6 72:10
  72:20 133:20
  145:18 181:5
working 9:25 12:12
  12:17,21 13:4,8
  18:5,8,19 27:20
  55:15 61:20 72:1
  73:16 83:24 114:1
  122:2 123:17,18
  132:21 145:1 220:9
works 95:7 205:15
world 118:5 119:5
wrapper 224:10
  254:16,24 255:4,17
wrappers 193:19
wrappings 86:25
write 40:20,20 57:4
  57:14 58:7,9,10,11
  173:14 189:8
  243:14
writing 58:13 59:25
  60:2,9 63:22 76:13
  76:15
written 56:14 60:18
  60:18,19,19 63:25
  106:16 168:14
wrong 114:4 120:20
  166:23 252:7 253:7
  254:21
wrote 40:18,22 47:6
  69:20 173:6 243:15

          x
x 3:1,7

          y
y 10:21
yamaha 70:18,21
  74:25 75:2
yandek 238:18
  241:16 242:17
  243:7,15,16,24
  244:3,6,24 246:18
  247:12,19 248:3
yeah 18:8 48:20,23
  50:20 53:18 71:8
  73:9 78:23 79:3
  93:6 114:18 126:19
  150:5 152:22 153:3
  155:23 157:5
  165:18 216:9
  218:20 221:8 223:3
  226:18 228:4 229:2
  244:21 248:14
  250:23
year 58:4
yearly 163:17,23
  169:1,9,16 170:1,14
  172:23 173:5,19,23
  175:4 176:3,15
years 18:14,15 19:1
  37:25 38:4,20,21
  75:15
yesterday 8:4 16:14
  16:17
york 2:5,5 71:4

          z
zero 119:21
zurich 9:18 10:1
  12:12