

Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| METSO PAPER USA, INC., | : | Civil Action No.:   3:CV-08-47 |
| Plaintiff, | : | |
| v. | : | |
| GENERAL ELECTRIC COMPANY, | : | |
| Defendant. | : | |

## PLAINTIFF'S SUPPLEMENTAL ANSWER TO DEFENDANT'S INTERROGATORIES

AND NOW COMES the Plaintiff, Metso Paper USA, Inc., by and through its counsel, Howard A. Rothenberg, Esquire, and Robert A. Stern, Esquire (admitted *pro hac vice*), and hereby files the following supplemental answer to GE's Interrogatories, as follows:

David Kuzmick of Metso Paper, Clarks Summit facility, specifically recalls reviewing the sleeve of GE 750 watt bulbs at the Clarks Summit facility before the explosion. Mr. Kuzmick also confirms that prior to the explosion, the Clarks Summit facility operated from Sunday, 11 p.m. to Friday, 11 p.m.; or Monday, 7 a.m. to Saturday, 7 a.m.

Plaintiff reserves its right to supplement, amend and/or revise this Answer.

Respectfully submitted:

By: /s/ Howard Rothenberg (RAS)
Howard A. Rothenberg, Esquire

By: /s/ Robert A. Stern
Robert A. Stern, Esquire (*pro hac vice*)
Attorneys for Plaintiff

## VERIFICATION

I, David Kvenick of Metso Paper USA, Inc., depose and say that the facts set forth in the foregoing PLAINTIFF'S SUPPLEMENTAL ANSWER TO DEFENDANT'S INTERROGATORIES are true and correct to the best of my knowledge, information and belief, I understand that false statements herein are made subject to the penalties of 18 PA C.S.A. §4904, relating to unsworn falsifications to authorities.

_David Kvenick_

Title: Supervisor

DATED: 9/29/2010

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| METSO PAPER USA, INC., | CIVIL ACTION NO.: 3:CV-08-47 |
| Plaintiff, | |
| v. | |
| GENERAL ELECTRIC COMPANY, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Robert A. Stern, Esquire, attorney for Plaintiff, served Plaintiff's Supplemental Response to Defendant's Interrogatories upon Defendant's counsel below named, via regular mail, postage prepaid this 29th day of September, 2010, addressed as follows;

THOMAS COOPER, ESQ.
SMITH, DUGGAN, LLP
LINCOLN NORTH
55 OLD BEDFORD ROAD
LINCOLN, MA 01773-1125

JAMES M. CAMPBELL, ESQ.
CAMPBELL CAMPBELL EDWARDS & CONROY
ONE CONSTITUTION PLAZA
3RD FLOOR
BOSTON, MA 02129

BENJAMIN A. NICOLOSI, ESQ.
MARSHALL, BENNEHEY, WARNER, COLEMAN & GOGGIN
401 ADAMS AVENUE, SUITE 400
SCRANTON, PA 18510-2025

Respectfully Submitted,

CLAUSEN MILLER, P.C.

By: _____

Robert A. Stern, Esq. (admitted pro hac vice)
*Attorneys for Plaintiff*
METSO PAPER USA, INC.
One Chase Manhattan Plaza, 39th Floor
New York, New York 10005
(212) 805-3900

## VERIFICATION

I, David Kemick of Metso Paper USA, Inc., depose and say that the facts set forth in the foregoing PLAINTIFF'S SUPPLEMENTAL ANSWER TO DEFENDANT'S INTERROGATORIES are true and correct to the best of my knowledge, information and belief, I understand that false statements herein are made subject to the penalties of 18 PA C.S.A. §4904, relating to unsworn falsifications to authorities.

_David Kemick_
_Supervisor_
Title

DATED: 9/29/2010

2



| CLAUSEN MILLER P.C. | CLAUSEN MILLER L.L.P. | CLAUSEN MILLER EUROPE |
|---|---|---|
| CHICAGO, IL | LONDON, ENGLAND | Clausen Miller P.C. |
| IRVINE, CA | | Clausen Miller L.L.P., LONDON |
| NEW YORK, NY | | Tetaud-Lambard-Jami & Associés, PARIS |
| PARSIPPANY, NJ | | Studio Legale Corapi, ROME |
| SAN FRANCISCO, CA | | van Cutsem-Wittamer-Marnef & Partners, BRUSSELS |
| WHEATON, IL | | |
| SHANGHAI, CHINA | | |

*Attorneys at Law*       One Chase Manhattan Plaza, 39th Floor • New York, NY 10005 • www.clausen.com
                                    March 23, 2011                                   Tel: 212.805.3900 • Fax: 212.805.3939

**VIA OVERNIGHT MAIL**
CLERK OF THE COURT
U.S. District Court
William J. Nealon Federal Building
235 N. Washington Avenue
Scranton, PA 18501

              Re:      Metso Paper USA
                      Date of Loss:   1/21/06
                      Docket No.:    3:CV-08-47
                      Our File No.:   36-2377-00-4

Dear SIR/MADAM:

       We represent Plaintiff. As discussed, please find enclosed the Original of the following documents:

1.     PLAINTIFF'S MOTION TO PRECLUDE DEFENDANT FROM MENTIONING INSURANCE AND INCORPORATED MEMORANDUM OF LAW;

2.     PLAINTIFF'S MOTION TO PRECLUDE DEFENDANT'S USE OF JOSEPH B. SALA AND INCORPORATED MEMORANDUM OF LAW;

3.     PLAINTIFF METSO PAPER USA'S MOTION TO PRECLUDE DEFENDANT'S USE OF DONALD J. HOFFMANN AND INCORPORATED MEMORANDUM OF LAW;

4.     PLAINTIFF'S MOTION TO PRECLUDE DEFENDANT'S USE OF HARRI KYTOMAA AND INCORPORATED MEMORANDUM OF LAW; and

5.     PLAINTIFF'S MOTION TO PRECLUDE DEFENDANT'S USE OF JAMES ARTHUR TOMPKINS, SR. AND INCORPORATED MEMORANDUM OF LAW.

       Thank you.

                                      Very truly yours,

                                      CLAUSEN MILLER P.C.

                         By:
                                      Robert A. Stern

RAS:hg
Enclosure
cc:    Howard Rothenberg     James Campbell
       Ben Nicolosi               Thomas Cooper

**RECEIVED**
**SCRANTON**

MAR 24 2011

MARY E. D'ANDREA, CLERK
PER _____
        DEPUTY CLERK