# Exhibit C

RANDOLPH W. MARSHALL, PE                     November 22, 2010

1

IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF PENNSYLVANIA

METSO PAPER USA, INC.        )
                             ) 3:CV-08-47
    - vs-                    )
                             )
                             )
GENERAL ELECTRIC COMPANY     )
                             )

Videotaped deposition of RANDOLPH W. MARSHALL, PE, held at 690 Lee Road, Suite 300, Wayne, Pennsylvania, on Monday, November 22, 2010, at 9:37 a.m., before Dolores M. Horne, Professional Reporter and Notary Public, in and for the Commonwealth of Pennsylvania

ESQUIRE DEPOSITION SERVICES
1600 John F. Kennedy Boulevard
Suite 1210
Philadelphia, Pennsylvania   19103



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

RANDOLPH W. MARSHALL, PE                November 22, 2010

40

1   light fixture, then date code and replacement
2   lamp carton.  That's the description of photos
3   that you took at the scene; is that correct?
4   A.        A general description of them, yes,
5   yes.
6   Q.        Then it says lights run 24/5.  What
7   does that mean?
8   A.        That's information I believe I
9   obtained from Mr. Kuzmick, is his name, his
10  card is on the fly leaf.
11  Q.        Okay.  I see on the front of this
12  folder where you have your file there's a Metso
13  Paper business card and it says David Kuzmick.
14  Is that the person you spoke to?
15  A.        I believe so, yes.
16  Q.        He's listed as shop supervisor, plant
17  maintenance, environmental management on his
18  business card.  Does that sound correct?
19  A.        Yes, that sounds correct.
20  Q.        Did he tell you that their lamp lights
21  ran 24/5?
22  A.        Yes.  This would have been my notes of
23  a conversation with him.
24  Q.        Okay.  He said they were turned off



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

RANDOLPH W. MARSHALL, PE                    November 22, 2010

41

```
 1   Friday at 11:00, meaning 11:00 p.m.; is that
 2   true?
 3   A.      That's my recollection, yes.  I'm
 4   pretty sure because they worked 24/5.  They
 5   turn them off on Friday night and start them up
 6   again on Monday morning.
 7   Q.      It says then on Sat at 7:00 a.m.  What
 8   does that mean?
 9   A.      Sometimes they would work on
10   Saturdays.  They would turn them on at 7
11   o'clock and work for however long they're
12   working on Saturdays.
13   Q.      Okay.  Did he say -- any indication of
14   what percentage of Saturdays they come in and
15   work?
16   A.      He could not give me that information.
17   On occasion is basically the idea that he came
18   across.  I don't know if that's his words but
19   that's the idea I got.
20   Q.      But he was unable to quantity it in
21   terms of is it every other Saturday or one out
22   of ten or one out of five?
23   A.      He was not able to quantify it for me.
24   Q.      Okay.  This says loss at
```



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com