# Exhibit E

# 750-Watt PulseArc™ Multi-Vapor® Lamp

## Performance Data

| PRODUCT INFORMATION | CLEAR 750-WATT | COATED 750-WATT |
|---|---|---|
| Product Code | 27219 | 45560 |
| ANSI Code | M149 | M149 |
| Description | MVR750/VBU/PA | MVR750/C/VBU/PA |
| **Physical Characteristics** | | |
| Burning Position | Vert. Base Up Only | Vert. Base Up Only |
| Bulb Designation | BT37 | BT37 |
| Bulb Material | Hard Glass | Hard Glass |
| Base Type | Mogul (E39) | Mogul (E39) |
| Socket Type | Standard Mogul | Standard Mogul |
| Socket Rating | 4KV | 4KV |
| Bulb Nominal Diameter, mm (inches) | 117.5 (4 ⅝") | 117.5 (4 ⅝") |
| Light Center Length, mm (inches) | 178 (7") | 178 (7") |
| Maximum Overall Length, mm (inches) | 292 (11 ⁵/₁₆") | 292 (11 ⁵/₁₆") |
| Effective Arc Length, mm | 68 | N/A |
| Maximum Bulb Temperature °C | 450°C | 450°C |
| Maximum Base Temperature °C | 250°C | 250°C |
| Maximum Eccentricity: Bulb to Base | 3° | 3° |
| Maximum Eccentricity: Bulb to Arc Axis | 3° | 3° |
| **Luminaire Characteristics** | Open or Enclosed | Open or Enclosed |
| **Electrical Characteristics** | | |
| Nominal Lamp Watts | 750 | 750 |
| Nominal Lamp Volts | 200 | 200 |
| Nominal Lamp Amps—Starting | 6.5 | 6.5 |
| Nominal Lamp Amps—Operating | 4.0 | 4.0 |
| Maximum Current Crest Factor | 1.8 | 1.8 |
| Minimum Open Circuit Voltage (RMS) | 330 | 330 |
| Minimum Open Circuit Voltage (Peak) | 466 | 466 |
| **Photometric Characteristics** | | |
| Reference—Initial Lumens | 80,000 | 77,000 |
| Reference—Mean Lumens (40% Rated Life) | 60,000* | 55,500* |
| Average Rated Life (Hours) | 16,000 | 16,000 |
| Color Rendering Index (Ra) CRI @ K | 65 @ 4000K | 70 @ 4000K |
| Warm-up Time (Minutes) to 90% | < 2 Min. | < 2 Min. |
| Hot Restart Time (Minutes) to 90% | < 7 Min. | < 7 Min. |
| Chromaticity Coordinates: X- | .391 | .408 |
| Chromaticity Coordinates: Y- | .392 | .394 |

### Lumen Maintenance



750W PulseArc MVR750/VBU/PA
Standard Metal Halide MVR1000/U

### GE PulseArc™ Ballast Options

| PRODUCT CODE | DESCRIPTION | CIRCUIT TYPE | INPUT VOLTAGE |
|---|---|---|---|
| 46934 | P750MLTAC5M500K | CWA | 120/208/240/277 |
| 46936 | P75048TAC5M500K | CWA | 480 |
| 46938 | P750TRIAC5M500K | CWA | 120/227/347 |

Includes ballast, ignitor, capacitor, mounting hardware, and instructions

\* Preliminary Engineering Estimates

CAUTION: The following operating instructions must be complied with to help avoid possible shattering and early failure of the lamp.

Metal halide lamps are constructed of an outer bulb with an internal arc tube made of quartz. The arc tube operated under high pressure at very high temperatures—as high as approximately 1100C. The arc tube and outer bulb may unexpectedly rupture due to internal causes or external factors such as a system failure or misapplication
• Relamp Fixtures At or Before the End of Rated Life—Beyond rated life, light output diminishes while energy consumption and risk of rupture increases.
• Lamp must only be operated in the types of fixtures prescribed in this specification bulletin. When used, fixture lens/diffuser material must be able to contain fragments of hot quartz or glass (up to 1100C). If in doubt, contact your fixture manufacturer.
• In continuous operating systems (24 hour/day, 7 days/week), turn lamps off once per week for at least 15 minutes. Failure to comply increases the risk of rupture

Important Notice: In accordance with Federal Standard 21CFR 1040.30, the following notice applies to the Mercury lamps described above.

Warning: This lamp can cause serious skin burn and eye inflammation from shortwave ultraviolet radiation if outer envelope of the lamp is broken or punctured, and the arc tube continues to operate. Do not use where people will remain for more than a few minutes unless adequate shielding or other safety precautions are used. Certain types of lamps that will automatically be extinguished when the outer envelope is broken or punctured are commercially available from GE Lighting. These are self-extinguishing SAF-T-GARD® Mercury and Multi-Vapor lamps

For applicable safety notices and operating instructions, consult the lamp packaging. Further information is also available in the GE Lamp Products Catalog (publication 9604B).
For definitions of terms used in these specifications, consult the GE Lamp Products Catalog (publication 9604D).



Green Lights Ally
Ally of the Year 2000

The U.S. Department of Environmental Protection has named GE Lighting as its Green Lights Ally of the Year. This award honors GE's commitment to delivering energy efficient lighting solutions that light the way for your profitable business growth.



GE Lighting