**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **METSO PAPER USA, INC.** | : | |
| | : | |
| **Plaintiff** | : | |
| **v.** | : | **3:08-cv-0047** |
| | : | **(JUDGE MARIANI)** |
| **GENERAL ELECTRIC COMPANY** | : | |
| | : | |
| **Defendant** | : | |

**ORDER SETTING DAUBERT HEARING**

The Court hereby sets for hearing beginning May 22, 2012, at 10:00 a.m., and continuing through May 23, 2012, at the William J. Nealon Federal Building and United States Courthouse, Scranton, Pennsylvania, the following motions:

- Motion to Preclude Defendant's Use of Joseph B. Sala (Doc. 84).

- Motion to Preclude Defendant's Use of James Arthur Tompkins, Sr. (Doc. 85).

- Motion to Preclude Defendant From Mentioning Insurance (Doc. 86).

- Motion to Preclude Defendant's Use of Donald J. Hoffmann (Docs. 87 and 117).

- Motion to Preclude Defendant's Use of Harri Kytomaa (Doc. 88).

- Motion *In Limine* to Preclude Information and Facts Related to Cases Where Donald J. Hoffman Was Retained by GE for Cases Unrelated to Metal Halide Lamps (Doc. 91).

- Motion *In Limine* to Preclude Testimony or Evidence Related to Analysis of Other Metal Halide Bulbs Performed by H.K. Kytomaa (Doc. 92).

- Motion *In Limine* to Preclude Testimony and Evidence of Other Manufacturers' Metal Halide Bulbs (Doc. 93).

- Motion *In Limine* to Preclude Testimony and Evidence of the Current Standards Related to Metal Halide Bulbs (Doc. 94).

- Motion *In Limine* to Preclude Testimony and Evidence Related to Other Incidents of Fire from Non-Passive Failures (Doc. 95).

- Motion *In Limine* to Preclude Evidence or Reference to the Plaintiff's Claim for Punitive Damages (Doc. 96).

The parties should further be prepared to appear before the Court on May 24, 2012, in the event that the hearings extend beyond the initial dates set forth in this Order. The parties must be ready to present evidence and testimony in support of their motions, and should produce all relevant witnesses at that time.

DATE: April 4, 2012

Robert D. Mariani
United States District Judge