

Metal Halide/Halogénures/Lámpara de vapor a halogenuro
GE Multi-Vapor™ Lamp
Lampe Multi-Vapor™ GE
Lámpara Multi-Vapor™ de GE
LAMP OPERATING CHARACTERISTICS
CARACTÉRISTIQUES DE FONCTIONNEMENT DE LA LAMPE
CARACTERÍSTICAS DE FUNCIONAMIENTO

EXHIBIT

7

Lampe Multi-Vapor™ GE

# Lámpara Multi-Vapor™ de GE

**LAMP OPERATING CHARACTERISTICS**
This is a discharge lamp and requires some time to restart and come to full brightness after a power interruption.
**SPECIFIED OPERATING POSITIONS**
VBU - Base up ± 15° / VBD - Base down ± 15° / U - Universal
Lamps operated in vertical position (Base Up or Base Down), ± 15°, can be used in an open fixture. Lamps burned in any other orientation must be used in "enclosed fixtures only".
**FOR USE ON DIMMING SYSTEMS**
Contact your local GE Lighting sales representative
**DISPOSAL.** Lamp contains a small amount of mercury – dispose of in accordance with local regulations.
Large quantities of lamps must be disposed of in accordance with the rules of the local authority.
**This lamp certified to comply with FDA radiation performance standards, 21 CFR Subchapter J.**
**WARNING - This lamp can cause serious skin burn and eye inflammation from short-wave ultraviolet radiation if outer envelope of the lamp is broken or punctured and the arc tube continues to operate. Do not use where people will remain for more than a few minutes unless adequate shielding or other safety precautions are used. Certain types of lamps that will automatically extinguish when the outer envelope is broken or punctured are commercially available from the General Electric Company.**

**CARACTÉRISTIQUES DE FONCTIONNEMENT DE LA LAMPE**
Cette lampe est une lampe à décharge ; elle demande un peu de temps avant [illegible] après une interruption de courant.
**POSITIONS DE FONCTIONNEMENT PRESCRITES**
VBU - Culot en haut ± 15° / VBD - Culot en bas ± 15° / U - toutes positions
Une lampe [illegible] verticale [illegible] culot en haut ou culot en bas ± 15°, peut être utilisée dans [illegible] d'éclairage ouvert. Pour toute autre orientation de la lampe, on doit utiliser un appareil d'éclairage fermé.
**POUR UTILISATION DANS DES SYSTÈMES DE GRADATION**
Communiquer avec le représentant GE Éclairage de votre localité.
**MISE AU REBUT** Cette lampe contient une petite quantité de mercure – la jeter conformément à la réglementation locale.
La mise au rebut de grandes quantités de lampes doit être conforme aux règles établies par l'autorité locale.
**Cette lampe est certifiée conforme aux normes de rendement de la FDA concernant les radiations, CFR 21, sous-chapitre J.**
**ATTENTION ! – Cette lampe peut causer des brûlures et une inflammation des yeux graves si son enveloppe externe se brise ou éclate et le tube à arc continue de fonctionner ; il y a alors émission de rayons ultraviolets. Ne pas utiliser cette lampe dans des endroits où des personnes pourraient rester pendant plus de quelques minutes, à moins qu'un écran adéquat ne soit installé ou que d'autres mesures de sécurité ne soient prises. La société General Electric commercialise certains types de lampes qui s'éteignent automatiquement lorsque leur enveloppe externe se brise ou éclate.**

**CARACTERÍSTICAS DE FUNCIONAMIENTO**
Ésta es una lámpara de descarga y tarda en readquirir toda la luminosidad después de un corte de electricidad.
**POSICIONES ESPECIFICADAS DE FUNCIONAMIENTO**
VBU - Base hacia arriba ± 15° / VBD - Base hacia abajo ± 15° / U - Universal
Las lámparas que funcionan en posición vertical (base hacia arriba o base hacia abajo), ± 15°, pueden usarse en un artefacto abierto. Las lámparas que funcionan en cualquier otra posición deben usarse "sólo en artefactos cerrados".
**PARA USAR CON SISTEMAS REDUCTORES**
Entrar en contacto con el representante de ventas local de GE Lighting
**ELIMINACIÓN DE DESECHOS.** La lámpara contiene una pequeña cantidad de mercurio; *los desechos deben eliminarse conforme a las reglamentaciones locales.*
*Una gran cantidad de lámparas debe desecharse conforme a las reglamentaciones de las autoridades locales.*
***Lámpara certificada para cumplir con las normas de desempeño de FDA relativas a las radiaciones, 21 CFR Subsección J.***
***ADVERTENCIA- Esta lámpara puede quemar gravemente la piel y producir una seria inflamación de los ojos debido a las radiaciones ultravioletas de onda corta, si la envoltura está rota o perforada y el tubo de arco sigue funcionando. No usar si la gente debe permanecer cerca más de unos minutos, a menos que se utilice una protección adecuada o que se tomen otras medidas de precaución. Es posible comprar en General Electric Company algunos tipos de lámparas que se apagan automáticamente cuando la envoltura se rompe o se perfora.***

This lamp certified to comply with FDA radiation performance standards, 21 CFR Subchapter J.
WARNING - This lamp can cause serious skin burn and eye inflammation from short-wave ultraviolet radiation if outer envelope of the lamp is broken or punctured and the arc tube continues to operate. Do not use where people will remain for more than a few minutes unless adequate shielding or other safety precautions are used. Certain types of lamps that will automatically extinguish when the outer envelope is broken or punctured are commercially available from the General Electric Company.
LAMP CONTAINS MERCURY
Manage in Accord with Disposal Laws
See: www.lamprecycle.org or 1-800-435-4448
LA LAMPE CONTIENT DU MERCURE
Se conformer aux lois sur l'élimination
LA LÁMPARA CONTIENE MERCURIO
Deséchela de acuerdo con las leyes que rigen la eliminación
750 WATT
MVR750/VBU/PA
ORDER CODE: 27219
BALLAST M149
WARNING
ATTENTION !
ADVERTENCIAS !
Unexpected lamp rupture may cause injury, fire, or property damage.
Do not exceed rated voltage.
Do not use where directly exposed to water or outdoors without an enclosed fixture.
Use in enclosed fixture rated for this product — see instructions.
Do not use lamp if outer glass is scratched or broken.
Use only properly rated ballast.
Operate lamp only in specified position.
Turn lamp off at least once for 15 minutes per week.
Do not store flammable materials near/below lamp.
Do not use beyond rated life.
If used on a dimming system, see instructions.
Do not turn on lamp until fully installed.
CAUTION

s'éteignent automatiquement lorsque leur enveloppe externe se brise ou éclate.

| |
|---|
| **LAMP CONTAINS MERCURY** |
| **e in Accord with Disposal Laws** |
| **.lamprecycle.org or 1-800-435-4448** |
| **AMPE CONTIENT DU MERCURE** |
| **rmer aux lois sur l'élimination** |
| **ARA (Hg) CONTIENE MERCURIO** |
| **rdo con las leyes que rigen la eliminación** |

CE

/ATT

BU/PA

E:27219

19

**WARNING**

**Risk of electric shock.**
- *Turn power off before inspection, installation or removal.*
- *Do not use where directly exposed to water or outdoors without an enclosed fixture.*

**Risk of fire.**
- Keep combustible materials away from lamp.
- Use in fixture rated for this product.

**A damaged lamp emits UV radiation which may cause eye/skin injury.**
- Turn power off if glass bulb is broken. Remove and dispose of lamp.

**Unexpected lamp rupture may cause injury, fire, or property damage.**
- Do not exceed rated voltage.
- Do not use where directly exposed to water or outdoors without an enclosed fixture.
- Use in enclosed fixture rated for this product -- see instructions.
- Do not use lamp if outer glass is scratched or broken.
- Use only properly rated ballast.
- Operate lamp only in specified position.
- Turn lamp off at least once for 15 minutes per week.
- Do not store flammable materials near/below lamp.
- Do not use beyond rated life.
- If used on a dimming system, see instructions.
- Do not turn on lamp until fully installed.

**CAUTION**

Risk of burn

**ATTENTION**

**Risque de choc électrique**
- Couper l'alimentation avant d'inspect[...] d'enlever cette lampe.
- Ne pas utiliser cette lampe à l'extérie[...] endroits où elle serait directement ex[...] sans un appareil d'éclairage fermé.

**Risque d'incendie**
- Tenir les matériaux combustibles éloi[...] lampe.
- Utiliser dans un appareil d'éclairage [...] caractéristiques conviennent à ce pr[...]

**Si elle est endommagée, cette lampe [...] UV qui peuvent causer des blessures [...] peau.**
- Couper l'alimentation si l'ampoule d[...] brisée. Enlever la lampe et la jeter.

**Cette lampe peut causer blessures, in[...] dommages matériels en se brisant su[...]**
- Ne pas utiliser une tension supérieu[...] nominale.
- Ne pas utiliser cette lampe à l'extéri[...] endroits où elle serait directement e[...] sans un appareil d'éclairage fermé.
- Utiliser dans un appareil d'éclairage [...] caractéristiques conviennent à ce pr[...] instructions.
- Ne pas utiliser la lampe si le verre ex[...] ou brisé.
- N'utiliser qu'avec un ballast dont les [...] sont appropriées.
- Faire fonctionner la lampe uniqueme[...] position prescrite.

ación

## ⚠WARNING

**Risk of electric shock.**
- Turn power off before inspection, installation or removal.
- Do not use where directly exposed to water or outdoors without an enclosed fixture.

**Risk of fire.**
- Keep combustible materials away from lamp.
- Use in fixture rated for this product.

**A damaged lamp emits UV radiation which may cause eye/skin injury.**
- Turn power off if glass bulb is broken. Remove and dispose of lamp.

**Unexpected lamp rupture may cause injury, fire, or property damage.**
- Do not exceed rated voltage.
- Do not use where directly exposed to water or outdoors without an enclosed fixture.
- Use in enclosed fixture rated for this product -- see instructions.
- Do not use lamp if outer glass is scratched or broken.
- Use only properly rated ballast.
- Operate lamp only in specified position.
- Turn lamp off at least once for 15 minutes per week.
- Do not store flammable materials near/below lamp.
- Do not use beyond rated life.
- If used on a dimming system, see instructions.
- Do not turn on lamp until fully installed.

## ⚠CAUTION

**Risk of burn**
- Allow lamp to cool before handling
- Do not turn on lamp until fully installed

**Lamp may shatter and cause injury if broken**
- Wear safety glasses and gloves when handling lamp
- Do not use lamp if outer glass is scratched or broken
- Dispose of lamp in a closed container
- Do not use excessive force when installing lamp

## ⚠

**Risque de choc électr**
- Couper l'alimentatio d'enlever cette lam
- Ne pas utiliser cett endroits où elle ser sans un appareil d'

**Risque d'incendie**
- Tenir les matériau lampe.
- Utiliser dans un ap caractéristiques c

**Si elle est endomm UV qui peuvent cau peau.**
- Couper l'alimenta brisée. Enlever l

**Cette lampe peut c dommages matéri**
- Ne pas utiliser u nominale.
- Ne pas utiliser c endroits où elle s sans un appareil
- Utiliser dans un caractéristiques instructions.
- *Ne pas utiliser la ou brisé.*
- *N'utiliser qu'avec sont appropriées.*
- Faire fonctionner position prescrite
- Eteindre la lampe pendant 15 minut
- Ne pas entrepose dessous/ près de
- Ne pas utiliser ce nominale.
- Pour utilisation d instructions.
- Ne pas allumer la complètement ins

GE Lighting Peru S.A.
Av. Larco 1301-Edificio Parque Mar
Oficina 1902-Lima 18-Peru
RUC:20256466652





**LAMP OPERATING CHARACTERISTICS**
This is a discharge lamp and requires some time to restart and come to full brightness after a power interruption.
**SPECIFIED OPERATING POSITIONS**
VBU - Base up ± 15° / VBD - Base down ± 15° / U - Universal
Lamps operated in vertical position (Base Up or Base Down), ± 15º, can be used in an open fixture. Lamps burned in any other orientation must be [illegible] "enclosed fixtures only".
**FOR USE ON DIMMING SYSTEMS**
Contact your local GE Lighting sales representative
**DISPOSAL** Lamp contains a small amount of mercury -- dispose of in accordance with local regulations.
Large quantities of lamps must be disposed of in accordance with the rules of the local authority.
This lamp certified to comply with FDA radiation performance standards, [illegible] Subchapter J.

**CARACTÉRISTIQUES DE FONCTIONNE**
Cette lampe est une lampe à décharge
avant d'amorcer à nouveau et d'attein
interruption de courant.
**POSITIONS DE FONCTIONNEMENT PR**
VBU – Culot en haut ± 15° / VBD – Culo
Une lampe fonctionnant en position ve
bas) ± 15º, peut être utilisée dans un a
toute autre orientation de la lampe, on
fermé.
**POUR UTILISATION DANS DES SYSTÈ**
Communiquer avec le représentant GE
**MISE AU REBUT** Cette lampe contien
jeter conformément à la réglementatio
La mise au rebut de grandes quantités
règles établies par l'autorité locale.
*Cette lampe est certifiée conforme aux*
*concernant les radiations, CFR 21, sous*

DEPOSITION
EXHIBIT
4-A
1-7-10 TCo

AMP CONTAINS MERCURY

n Accord with Disposal Laws.

mprecycle.org or 1-800-435-4448

MPE CONTIENT DU MERCURE

ner aux lois sur l'élimination

RA (Hg) CONTIENE MERCURIO

n con las leyes que rigen la eliminación

CE

ATT

J/PA

27219

[illegible]

Risk of electric shock.

- Turn power off before inspection, installation or [illegible] removal.
- Do not use where directly exposed to water or outdoors without an enclosed fixture.

Risk of fire.

- Keep combustible materials away from lamp.
- Use in fixture rated for this product.

A damaged lamp emits UV radiation which may cause eye/skin injury.

- Turn power off if glass bulb is broken. Remove and dispose of lamp.

Unexpected lamp rupture may cause injury, fire, or property damage.

- Do not exceed rated voltage.
- Do not use where directly exposed to water or outdoors without an enclosed fixture.

[illegible]

Si elle est endommagée, cette lampe émet des UV qui peuvent causer des blessures aux yeux [illegible]

[illegible]

219
• Do not exceed rated voltage.
• Do not use where directly exposed to water or outdoors without an enclosed fixture.
• Use in enclosed fixture rated for this product — see instructions.
• Do not use lamp if outer glass is scratched or broken.
• Use only properly rated ballast.
• Operate lamp only in specified position.
• Turn lamp off at least once for 15 minutes per week.
• Do not store flammable materials near/below lamp.
• Do not use beyond rated life.
• If used on a dimming system, see instructions.
• Do not turn on lamp until fully installed.
CAUTION
Risk of burn
• Allow lamp to cool before handling
• Do not turn on lamp until fully installed
Lamp may shatter and cause injury if broken
• Wear safety glasses and gloves when handling lamp
• Do not use lamp if outer glass is scratched or broken
• Dispose of lamp in a closed container
• Do not use excessive force when installing lamp
Cette lampe peut causer blessures,
dommages matériels en se brisant
• Ne pas utiliser une tension supérieure à
nominale.
• Ne pas utiliser cette lampe à l'extérieur
endroits où elle serait directement
sans un appareil d'éclairage fermé.
• Utiliser dans un appareil d'éclairage
caractéristiques conviennent à ce
instructions.
• Ne pas utiliser la lampe si le verre
ou brisé.
• N'utiliser qu'avec un ballast dont les
sont appropriées.
• Faire fonctionner la lampe
position prescrite.
• Éteindre la lampe au moins une fois
pendant 15 minutes.
• Ne pas entreposer de matières
dessous/près de cette lampe.
• Ne pas utiliser cette lampe au-delà
nominale.
• Pour utilisation dans un système de
instructions.
• Ne pas allumer la lampe avant qu'elle
complètement installée.
MISE EN
Risque de brûlure
CE
R
Canada: C.R.C., c. 1370



Hg - LAMP CONTAINS MERCURY
Manage in Accord with Disposal Laws
See: www.lamprecycle.org or 1-800-435-4448
Hg - LA LAMPE CONTIENT DU MERCURE
Se conformer aux lois sur l'élimination
LA LÁMPARA Hg CONTIENE MERCURIO
Deséchela de acuerdo con las leyes que rigen la eliminación
750 WATT
MVR750/VBU/PA
ORDER CODE 27219
BALLAST M149
WARNING
Risk of electric shock.
Do not use where directly exposed to water or outdoors without an enclosed fixture.
Risk of fire.
Keep combustible materials away from lamp.
Use in fixture rated for this product.
A damaged lamp emits UV radiation which may cause eye/skin injury.
Turn power off if glass bulb is broken. Remove and dispose of lamp.
Unexpected lamp rupture may cause injury,
property damage.
Do not exceed rated voltage.
Do not use where directly exposed to water or outdoors without an enclosed fixture.

